IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY_____ LS _____D.C.

**Aug 23, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Lauderdale

Junior Galette, 8636 Miramar Pkwy Miramar
Florida 33025                                               )
                                                           )
                                                           )
            Plaintiff,                                      )
                                                           )
    vs.                                                    )
                                                           )
            Defendant.                                      )
                                                           )
To: Registered Agent for Roger Goodell,                     )
National Football League (NFL) 345 Park Ave                 )
Fl 7 New York, NY 10154-0017.                               )

22-CIV-61565-Bloom/Valle

COMPLAINT

Speedy Trial By An Impartial Jury

To: Registered Agent for Seattle Seahawks 800
Occidental Ave S STE 300, Seattle, WA 98134-
1200.

To: Registered Agent for Los Angeles Rams
PARACORP INCORPORATED 29899 Agoura
Rd #210, Agoura Hills, CA 91301-2493.

To: Registered Agent for Las Vegas Raiders
Mike Pfriender 9850 S Maryland Pkyw STE 187
Las Vegas, NV 89183.

To: Registered Agent for Cleveland Browns
Football Company, LLC CT CORPORATION
SYSTEM 4400 Easton Commons Way suite
125, Columbus, OH 43219.

To: Registered Agent for Kansas City Chiefs
Football Club PWS AGENT SERVICE, INC
911 Main Street suite 2800 Kansas City, MO
64105.

To: Registered Agent for Carolina Panthers
Vaught David 800 South Mint Street, Charlotte,
NC 28202.

To: Registered Agent for Washington Football
Team Greg B Resh 7 St.Paul Street Suite 820
Baltimore, Md 21202.

To: J. C. Tretter President (Upshaw Place) 1133
20th St NW, Washington, DC 20036

## COMPLAINT

COMES NOW, Junior Galette one of the People as seen in

ALL 50 PLUS STATES BILL AND DECLARATION OF RIGHTS (1865 Florida Constitution

ARTICLE 1 DECLARATION OF RIGHTS Section 7 and 20), **at all times with exclusive**

**indefeasible, indubitable and inalienable rights to reform, alter, or abolish** GOVERNMENT

in such manner as shall be judged most conducive to the public weal **sui juris**, am giving this

**COURT OF RECORD** this complaint against defendant (s) and each of them as follows listed

below:

**Maxim:** It would be idle and trite to say that no right is absolute.

**I.**                                    **INTRODUCTION**

1.This action is an action brought by the Plaintiff Junior Galette, for violation of his fundamental

fairness (BREACH OF TRUST) which is life, liberty and pursuit of happiness protected by

**Florida 1865 Constitution Declaration Of Rights Section 1, 5, 8, 18, 26, ALL 50 PLUS**

**STATES BILLS AND DECLARATION OF RIGHTS, Civil Rights Act of 1866 CHAP.**

**XXXI. Section 1-10, 1789 United States 1st and 4th Amendment, DEPRIVATION OF**

**RIGHT UNDER COLOR OF LAW Apr. 11, 1968, 82 Stat. 75., CONSPIRACY AGAINST**

**RIGHTS June 25, 1948, ch. 645, 62 Stat. 696 and ARTICLE 49 PLAYER SECURITY**

**Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE**

**BARGAIN AGREEMENT".**

**MAXIM:** A frequent recurrence to fundamental principles, and a firm adherence to justice, virtue, and original law, are indispensably necessary to preserve the blessings of liberty and good government.

**II.**                                      **The Parties**

2. Junior Galette, (hereafter referred to as "Plaintiff"), I'm a resident of Florida.

3. Registered Agent for Roger Goodell, National Football League (NFL) 345 Park Ave Fl 7 New York, NY 10154-0017, Registered Agent for Seattle Seahawks 800 Occidental Ave S STE 300, Seattle, WA 98134-1200, Registered Agent for Los Angeles Rams PARACORP INCORPORATED 29899 Agoura Rd #210, Agoura Hills, CA 91301-2493, Registered Agent for Las Vegas Raiders Mike Pfriender 9850 S Maryland Pkyw STE 187 Las Vegas, NV 89183, Registered Agent for Cleveland Browns Football Company, LLC CT CORPORATION SYSTEM 4400 Easton Commons Way suite 125, Columbus, OH 43219, Registered Agent for Kansas City Chiefs Football Club PWS AGENT SERVICE, INC 911 Main Street suite 2800 Kansas City, MO 64105, Registered Agent for Carolina Panthers Vaught David 800 South Mint Street, Charlotte, NC 28202, Registered Agent for Washington Football Team Greg B Resh 7 St.Paul Street Suite 820 Baltimore, Md 21202. and J. C. Tretter President (Upshaw Place) 1133 20th St NW, Washington, DC 20036.

**MAXIM:** He who first offends causes the strife.

4. Plaintiff, as an individual with the legal capacity to sue having been damaged and violated by Defendant's have standing to enforce **"COMMON LAW"** 1789 United States Constitution 1st and 4th Amendment, 1865 Florida Constitution and All 50 plus states Bills and Declaration Of Rights and Rights of a Victim Civil Rights Act of 1866 Section 1-2, **DEPRIVATION OF RIGHT UNDER COLOR OF LAW** Apr. 11, 1968, 82 Stat. 75., **CONSPIRACY AGAINST**

**RIGHTS** June 25, 1948, ch. 645, 62 Stat. 696 and other rights and liberties **(ARTICLE 49**

**PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE,**

**COLLECTIVE BARGAIN AGREEMENT")** were and continue to be violated by Defendant's

and the relief sought will end and remedy these damages.

**MAXIM:** No freeman shall be deprived of life, liberty or property but by the lawful judgment of

his peers, or by the law of the land-that is by the common law.

### III.                              <u>JURISDICTION</u>

5. Jurisdiction of this Court arises pursuant to1789 United States Constitution, 1865 Florida

Constitution Declaration of Rights, All 50 Plus States Bills and Declaration of Rights, Rights of

a Victim Civil Rights Act of 1866, Federal Judiciary Act (1789), Apr. 11, 1968, June 25, 1948,

ch. 645, 62 Stat. 696  and National Football League Collective Bargain Agreement.

**MAXIM:** The crime carries the person, (i. e., the commission of a crime gives the courts of the

place where it is committed jurisdiction over the person of the offender.)

### IV.                                 <u>VENUE</u>

6. The occurrences which give to this action occurred in **Virginia, Kansas, Illinois, Ohio,**

**California and State Of Washington** the Plaintiff resides in Florida.

**MAXIM:** Jurisdiction of the principal matter extends to the accessory matter as well.

### V.                          <u>CONDITIONS PRECEDENT</u>

7. All conditions precedent to the bringing of this action have been either met or waived

### VI.                          <u>STATEMENT OF CLAIM</u>

8. This is an action and claim for damages and injunctive relief to remedy the repeated and

ongoing **maladministration, collusion, fallacy, breach of trust, bad faith, and deprivation of**

**right under color of law, conspiracy against rights, grievance and trespass** which constitutes

violations of my life, liberty and pursuit of happiness.

**MAXIM:** Punishment is due if the words of an oath be false.

**VII.**                                   **ALLEGATIONS**

9. **Whereas,** I, Junior Galette have been victimized by two different forms of discrimination

perpetuated against my rights protected by **"COMMON LAW" 1789 United States**

**Constitution 1st and 4th Amendment, 1865 Florida Constitution and All 50 plus states Bills**

**and Declaration Of Rights, Rights of a Victim Civil Rights Act of 1866 Section 1-10,**

**DEPRIVATION OF RIGHT UNDER COLOR OF LAW Apr. 11, 1968, 82 Stat. 75.,**

**CONSPIRACY AGAINST RIGHTS June 25, 1948, ch. 645, 62 Stat. 696, ARTICLE 49**

**PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE,**

**COLLECTIVE BARGAIN AGREEMENT and other rights liberties**.

10. **Whereas,** on March 14th 2018 Buffalo Bills Signed my former Teammate that played

behind me when I played for the Washington Redskins (2017) now known as the Washington

Commanders, Trent Murphy (A CAUCASIAN MAN) to a 3 Year 22.5 Million Dollar Deal

Worth up to 30 Million, 5.2 Million dollar signing Bonus and 10.3 Million In Total Guarantees

SEE MY STATS VS. TRENT MURPHY STATS. (SEE EXHIBIT D)

11. **Whereas,** Trent Murphy (MY FORMER TEAM MATE THAT PLAYED BEHIND ME

WITH THE REDSKINS) didn't play a single snap in 2017 while on the Washington Redskins

due to a Torn Anterior Cruciate Ligament (ACL) injury he suffered in August 2017 before the

season started (ONE FORM OF DISCRIMINATION "RACISM").

12. **Whereas,** MARCH 15th 2018 after one full healthy season Washington Redskins offered me (Junior Galette) a 2 year 4 Million Dollar Contract 500k signing bonus which I wasn't willing to accept their offer coming off a strong full injury free season.

13. **Whereas,** 2017 I, Junior Galette notched 37 Quarterback pressures in just 258 Pass rush Snaps with 3 Sacks and was regarded as a dream splash (GREAT ADDITION) signing for the Los Angeles Rams where 3 of the coaches (Sean Mcvay, Joe Barry and Bill Johnson) that were my coaches in 2017 with the redskins. SEE EXHIBIT E

14. **Whereas,** I, Junior Galette finished 3rd in the entire NFL in pressure rating and was considered back to Elite form (2014 OF 12 PLUS SACK SEASON) after suffering back to back achilles tears 2015-2016. SEE EXHIBIT F

15. **Whereas,** on March 17, 2018 I, Junior Galette posted a complaint regarding pay discrimination via Snapchat App.  SEE EXHIBIT G

16. **Whereas,** on March 22, 2018 five days later after I spoke about discrimination (Snapchat App.) without explanation the Redskins REVOKED the contract offer that they proposed to me five days before (March 17, 2018). SEE EXHIBIT G

17. **Whereas,** on APRIL 5th 2018 Head coach of the Oakland raiders Jon Gruden Brother to Washington Redskins Head Coach Jay Gruden flew me from Virginia to Oakland to discuss a contract proposal.

18. **Whereas,** on April 6, 2018 Head Coach Jon Gruden said to me "Junior, your one of the best pass rushers I have ever seen but all we have for you is veteran's minimum 660k". SEE EXHIBIT H

19. **Whereas,** I told him I would think about it and continue to search for better offers base on my high skill level and field play injury free for a full complete NFL season.

20. **Whereas,** from APRIL 2018 - AUGUST 2018, I was in direct communication with Head Coach of the Los Angeles Rams Sean Mcvay who was the former assist offensive coach for the Washington Redskins who bear witness to my work ethic while I was at Washington Sean Mcvay and my former two defensives coaches from Washington Joe Barry and Bill Johnson who coach me throughout the 2017 offseason. SEE EXHIBIT I

21. **Whereas,** all of the coaches (Sean Mcvay Head Coach Of The Rams and my former two defensives coaches from Washington Joe Barry and Bill Johnson) expressed how bad they wanted me to be part of the Los Angeles Rams. SEE EXHIBIT J

22. **Whereas,** after finally giving in to the offer I, Junior Galette decided to sign with the Los Angeles Rams for a Vets min contract, for the chance to help the Rams win the Super Bowl, where my play and work ethics on the field would earn me a bigger contract and a chance to capture one of my childhood dreams, which was to win a super bowl trophy and be a world champion amongst my peers. SEE EXHIBIT I

23. **Whereas,** Los Angeles Rams Head Coach Sean Mcvay text me **"I can't wait for you to get here you already know most of the guys we are all fired up"**. SEE EXHIBIT I

24. **Whereas,** assist defensive coach of the Los Angeles Rams Joe Barry asked me what jersey number do I want through text (SEE EXHIBIT K) I, told him I just wanted to get to work on the field, after this was established, the Los Angeles Rams then flew me to Los Angeles on August 19, 2018. Once the plane landed at the airport, I was picked up by members of their staff and taken to meet with coaches and workouts for the Rams (drills, physical and conditioning which I passed all of them), as I am lacing my cleats up to go out to practice with my new teammates, I was told to stop and that there's been a change of plans, at this time I'm lost and confused and

thinking, maybe they wanted to offer me a bigger contract because I was ready to play at the level I was accustomed to playing and they realized it.

25. **Whereas,** I than ask the staff member where are we going he replied I have to drop you off to the airport so, I slowly began to take off my uniform and take my cleats off and put the clothes back on that I came to practice in really not knowing what to think or feel. SEE EXHIBIT L

26. **Whereas,** staff members from the Los Angeles Rams drives me back to the airport where I received a phone call from Head Coach of the Los Angeles Rams Sean Mcvay **"saying that this situation is out of his control and that he is so sorry that this is happening to me".** SEE EXHIBIT L

27. **Whereas,** on August 20, 2018 Seattle Seahawks defensive coach Andre Curtis called me (WHO COACHED ME ONCE BEFORE IN NEW ORLEANS) and told me to see what the Seahawks have to offer me. SEE EXHIBIT M

28. **Whereas,** on August 20, 2018 Seattle Seahawks flew me out for a workout (drills, physical and conditioning which I passed all of them), once again I had my uniform on and lacing up my cleats I get told there's been a change of plans once again, whereas I passed my physical and was in Game shape, defensive coach Andre Curtis calls me confused as to what's going on I told him I didn't know but the same thing just happened with the Los Angeles Rams a week before. SEE EXHIBIT M

29. **Whereas,** on October 15, 2018 Cleveland Browns flew me out for a workout I passed my physical, drills and conditioning had a great workout, I was told they will stay in touch with me and to stay in shape.

30. **Whereas,** on October 29, 2018 Indianapolis Colts flew me out to Indiana for a workout I, had a great workout (drills, physical and conditioning which I passed all of them) I, was told to stay in shape and be ready.

31. **Whereas,** on or around about 2020 Carolina Panthers Head Coach Matt Rhule said I was the best defense of lineman he ever seen, how can he help me, we started speaking on the phone and he promised to bring me in for a workout and sign me as a defense linemen for Carolina Panthers which never happened. SEE EXHIBIT N

32. **Whereas,** I was contacted by Kansas City Chiefs defense coach Steve Spagnuolo he also promised me he would bring me aboard, which never happened. SEE EXHIBIT O

33. **Whereas,** Drew Rosenhaus NFL sport agent since 1989 he was the youngest registered sports agent at the time with extreme experience in dealing with the NFL and its players said and I quote in **"2017 Galette was one of the most effective pass rushers in the NFL and absolutely deserved to sign a multimillion-dollar, multiyear contract with significant guaranteed money, I was really disappointed that we did not have the opportunity, the market was very low for Galette, It was really one of the most disappointing experiences I've had with a free agent player."** (SEE EXHIBIT P AFFIDAVIT ATTACHED FROM Drew Rosenhaus)

34. **Whereas,** Kyle Moore Rosenhaus (Rosenhaus Sports Representation) said and I quote **"Spoke to your old defensive line coach today Bill J, nothing but good things to say, wants you in Los Angeles."** SEE EXHIBIT Q

35. **Whereas,** ESPN.COM ranking had me listed as an 2nd ELITE players next to Drew Brees my former team mate in New Orleans Saint Football team. SEE EXHIBIT F

36. **Whereas,** Martin Fischman NFL sport agent since 2010 who has experience with the NFL

and NFL players said and I quote **"Junior Galette said something to him about being blackball by the NFL teams and I Martin Fischman also believe the he was BLACKBALL."** (SEE EXHIBIT R AFFIDAVIT ATTACHED FROM Martin Fischman)

37.  **Whereas,** I Junior Galette have multiple tweets, text and email from National Football League coaches and players speaking of my positive impact on and off the field. (SEE ALL EXHIBIT'S)

38. **Whereas,** there are multiple players active and former players that mark their game after mine studied the way I played and the way I motivated my team mates and made them better players such as **Clelin Ferrell (Las Vegas Raiders / Defensive end), Fred Ellis (New Orleans Saints / Defensive End) and Noah Spencer (defensive end for Cincinnati Bengals and Tampa Bay Buccaneers) to name a few**. SEE EXHIBIT S

39. **Whereas,** Kelvin Beachum (offensive tackle) played for Arizona Cardinals, Pittsburgh Steelers, Jacksonville Jaguars and New York Jets said and I quote **"Junior is the toughest pass rusher he has faced (REPORTED BY BOB DONNAN USA TODAY SPORTS)."** SEE EXHIBIT T

40. **Whereas,** other players such as Brodrick Bunkley (Nose Tackle For The Philadelphia Eagles, Denver Broncos and New Orleans Saints) said and I quote **"He's amazing on the field," You'll never meet a harder worker or a more dedicated player. He fires everybody else up. He's a great teammate. I'll go to war with that guy."** SEE EXHIBIT U

41. **Whereas,** other players such as Zach Strief (offensive tackle / New Orleans Saints) said and I quote **"Junior unconventional approach makes him unpredictable, which makes him an absolute pain to deal with on the practice field, I think it is complete free-flow, so it's very hard to have a plan against him."** SEE EXHIBIT V

42. **Whereas,** my team mate offensive lineman that played for the New Orleans Saints in the and won Super Bowl XLIV with the Indianapolis Colts said and I quote **" I've lined up across every person on this list, as a guard I always struggled with junior unconventional pass rush."** SEE EXHIBIT V

43. **Whereas,** Terron Armstead my New Orleans Saint team mate said and I quote **"Junior Galette is hands down BEST NFL player I've played against."** SEE EXHIBIT W

44. **Whereas,** Trent Williams played for the Washington Redskins (Now Washington Commanders) which he was also blackballed in 2019-2020 by the Washington Football Team (BRUCE ALLEN THE SAME GENERAL MANAGER WHO BLACKBALL ME) season when to San Francisco 49ers and regain his pro bowl form said and I quote **"I never seen a pass rusher with Galette strength get so low to the ground when rushing off the edge, often times Galette would be on a left tackle outside shoulder at the snap of the ball, before they even knew what hit him."** SEE EXHIBIT X AND AA

45. **Whereas,** defensive coach (BUFFALO BILLS "ASSISTANT COACH", DALLAS COWBOYS "DEFENSIVE COORDINATOR" AND NEW ORLEANS SAITHS "DEFENSIVE COORDINATOR") Rob Ryan said and I quote **"he got more variety than probably any rusher in the league and when asked if all the different things Galette tries out can be hit and miss, I think with Junior, it's a lot of hit and hit."** SEE EXHIBIT Y

46. **Whereas,** Louis Angelo Riddick played for multiple NFL and was once a General Manager in the NFL and now currently a sportscaster for ESPN, NFL NETWORK AND CBS SPORTS contacted me and asked me which team was I going to sign with San Diego Chargers or Los Angeles Ram, I replied Ram, Louis Angelo Riddick done said and quote **"They need outside pass rushers I think it would be a great opportunity."** SEE EXHIBIT Z

47. **Whereas,** Paul Conner Washington Football Film Analyst & NFL Draft Evaluator - Formerly of SBNation / Vox Media & Scout Media - Founder of Washington, P.C. - Washington Film said and I quote **"I'm a Junior Galette supporter, the "SLAVE DEAL" comment was strong and made big waves, seeing more and more fans clamor for him, don't know if brass will forgive." WHICH IS IN FACT A VIOLATION OF MY EXECLUSIVE, INDEFEASIBLE, INDUBITABLE AND INALIENABLE RIGHT TO FREEDOM OF SPEECH.** SEE EXHIBIT AA

48. **Whereas,** my former team mate Cameron Jordan (Pro Bowler for The New Orleans Saints) said and I quote **"we had 24.5 sacks my 12.5 to his 12 between the two of us, junior rare explosive power with unorthodox footwork and great ability to rush the pass, confusing to not see another shot."** SEE EXHIBIT BB

48. **Whereas,** my former team mate Jahri Evans said and I quote **"I always struggled with Junior unconventional pass rush."** SEE EXHIBIT GG

49. Whereas, Geoff Burke reporter for USA TODAY SPORTS said and I quote **"In the second half of the 2017 season, Junior Galette was the Redskins best pass rusher."** SEE EXHIBIT CC

50. Whereas, Bleacherreport (Bleacher Report is a website that focuses on sport and sports culture https://bleacherreport.com/nfl) released an article ranking their top 40 3-4 defensive outside linebackers from the 2017 football season and the redskins cracked the top 25 out of the 40, the Bleacherreport said and I quote **"Junior Galette is as good as a third pass-rushing option can get, with the amount of ground he covers off the snap, Galette forces offensive tackles into space and can manipulate them from there. Washington has an abundance of riches to have someone such as Galette as a bench pass-rusher."** SEE EXHIBIT DD

51. **Whereas,** @profootballfocus (is a sports analytics company that focuses on thorough analysis of the National Football League) reported and I quote **"after back to back seasons lost with Achilles tears, Galette still had the juice he became known for in New Orleans. Galette had what some would consider a breakout season in 2017 considering his snap count that is he could very well be an upgrade for the team if his form is still there."** SEE EXHIBIT EE

52. **Whereas,** NewOrleansSaints.com said and I quote **"Junior Galette became the first New Orleans Saint to have back to back double digit sacks in a decade in 2014 when he registered 10 in 2014 and 12 in 2013."** SEE EXHIBIT FF

53. **Whereas,** this second form of discrimination against me by these agents and organizations is why I, Junior Galette filed this law suit against all party's for discriminating against and violating my fundamental rights protected by **"COMMON LAW"** 1789 United States Constitution 1st and 4th Amendment, 1865 Florida Constitution and All 50 plus states Bills and Declaration Of Rights, Rights of a Victim Civil Rights Act of 1866 Section 1-2 and other rights liberties that these organization sworn to obey see ARTICLE 49 PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE BARGAIN AGREEMENT by not allowing me to play the game (LIBERTY) I trained for all my life and mysteriously taken away from me not because of my play on the field but because I excised my freedom of speech rights.

54. **Whereas,** I began to see that what was done to me was being done to Colin Kaepernick **(racial inequality and the oppression of Black people)** which we both were ostracize and violated by these organizations, associations, corporations (LISTED ABOVE) for excising our rights protected by **"COMMON LAW"** 1789 United States Constitution 1st and 4th Amendment, 1865 Florida Constitution and All 50 plus states Bills and Declaration Of Rights, Rights of a

Victim Civil Rights Act of 1866 Section 1-10, **CONSPIRACY AGAINST RIGHTS** June 25, 1948, ch. 645, 62 Stat. 696, Pub. L. 90–284, title I, § 103(b), **DEPRIVATION OF RIGHT UNDER COLOR OF LAW** Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019 and other rights liberties that these organizations sworn to obey see **ARTICLE 49 PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE BARGAIN AGREEMENT**.

55. I, Junior Galette have also been blackball (BLACKLISTED) just like Colin Kaepernick and put on the blacklist BY THE NFL OWNERS which is why all the teams did the exact same thing to me when I passed all the drills, conditioning and physicals. (SEE AFFIDAVIT SIGNED BY Drew Rosenhaus EXHIBIT P and Martin Fischman EXHIBIT R)

56. If I, Junior Galette didn't speak out about the discrimination being done against me by the Washington Redskins (NOW THE WASHINGTON COMMANDERS) I, would still be in the NFL but because I spoke **(ARTICLE 1 DECLARATION OF RIGHTS SECTION 4 FLORIDA CONSTITUTION AND ARTICLE 1. BILL OF RIGHTS VIRGINIA CONSTITUTION)** out the Washington Commanders and NFL chose to violate all my rights protected by "COMMON LAW" **1789 United States Constitution 1st and 4th Amendment, 1865 Florida Constitution** and **All 50 plus states Bills and Declaration Of Rights, Rights of a Victim Civil Rights Act of 1866 Section 1-10, CONSPIRACY AGAINST RIGHTS"** June 25, 1948, ch. 645, 62 Stat. 696, Pub. L. 90–284, title I, § 103(b), **DEPRIVATION OF RIGHT UNDER COLOR OF LAW** Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019 and **ARTICLE 49 PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE BARGAIN AGREEMENT** which constituted

**BREACH OF TRUST, TRESPASS AND MALADMINISTRATION** by the NFL (all defendants).

57. This **racial inequality and the oppression of Black people must stop,** this have cost me my entire football career, I haven't been able to play the game I love since this discrimination was done against my rights **(tortious interference)** to **freedom of speech** (ARTICLE 1 DECLARATION OF RIGHTS SECTION 4 FLORIDA CONSTITUTION AND ARTICLE 1. BILL OF RIGHTS VIRGINIA CONSTITUTION) was violation.

58. **Whereas,** Peter Schaffer an agent for the NFL said **(CONSPIRED)** to me **"YOU WILL NEVER PLAY IN THE NFL AGAIN BECAUSE I DON'T LISTEN"** which actually transpired, out of all the teammates, coaches and sport agents he is the only one that said something negative about me that is 100% false I do listen no one outside of Peter Schaffer ever said something even close to what Peter Schaffer said about me totally false.  SEE EXHIBIT HH

VIII.                          **STATE OF FACTS**

59. In accordance with ARTICLE 49 PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE BARGAIN AGREEMENT *There will be no discrimination (*the unjust or prejudicial treatment of different categories of people*) in any form against any player by the NFL, the Management Council, any Club or by the NFLPA because of race, religion, national origin, sexual orientation, or activity or lack of activity on behalf of the* NFLPA which was violated by all defendants in this matter but not limited to all 50 plus states Bills and Declaration Of Rights.

**MAXIM:** The expressed agreement of the parties overcomes or prevails against the law, because the agreement of the parties makes the law of the contract.

60. **Whereas,** I signed a contract with NATIONAL FOOTBALL LEAGUE called a

COLLECTIVE BARGAIN AGREEMENT and therefore should have been protected ARTICLE

49 PLAYER SECURITY Section 1. No Discrimination and NFL players association which the

players association (NFLPA) failed to protect my rights in this matter (SEE ARTICLE 49

PLAYER SECURITY Section 1. No Discrimination), at this point of time (August 2022) in my

life there is nothing the NFL owners or coaches can do to get my back the years I've lost because

of these violations of my rights other than to make me whole **(SEE NUMBER 65 BELOW).**

**MAXIM:** Agreements give the law to the contract.

61. **Whereas,** in accordance to "COMMON LAW" **1789 United States Constitution 1st and**

**4th Amendment, 1865 Florida Constitution, All 50 plus states Bills and Declaration Of**

**Rights, Rights of a Victim Civil Rights Act of 1866 Section 1-2, CONSPIRACY AGAINST**

**RIGHTS** June 25, 1948, ch. 645, 62 Stat. 696, Pub. L. 90–284, title I, § 103(b),

**DEPRIVATION OF RIGHT UNDER COLOR OF LAW** Apr. 11, 1968, 82 Stat. 75; Pub. L.

100–690, title VII, § 7019 and that my life, liberty and pursuit of happiness was violated by all

defendant's listed above.

**MAXIM:** Constitutions and laws precede the judiciary.

IX.      **Court 1: Claim For Relief Count 1 Discrimination by acts of racism violated**
         **1866 Civil Rights Act Section 1-2;**

62. **Whereas,** defendant's have in fact discriminated against me by allowing a former team mate

("CAUCASIAN MAN") Trent Murphy who played behind me get a near max deal (WE

PLAYED THE SAME POSITION) coming off of a major knee injury (ACL) which before his

injury he was never more productive and effective as I on the field, therefore racism

discrimination was shown by awarding him a near max contract and not considering me as a equal or better base on stats and productivity alone. (SEE EXHIBIT...........)

**MAXIM:** Of things equal, the reason is the same, and the same is the law.

**X. Count 2: VIOLATIONS OF MY RIGHTS PROTECTED BY 1885 Florida Constitution DECLARATION OF RIGHTS Section 4 Freedom of speech and press and Section 12. <u>Freedom of speech and of the press Constitution of Virginia;</u>**

63. **Whereas,** defendant's have all violated my right protected by 50 plus states bills and declaration of rights whereas, each team violated my liberty when I visited and work out for multiple teams all agree that I was back in full form and will dominate my position (DEFENSE END), but because I spoke out about discrimination and social injustice which is my right protected by all 50 plus states bills and declaration of rights **(FREEDOM OF SPEECH)**. I, Junior Galette was deny by the NFL owners to showcase the gift that god have given me since I was a child, which also violated my fundamental and common law rights which is **life, liberty and the pursuit of happiness**. (SEE NUMBER 9- 63 ABOVE)

**MAXIM:** No freeman shall be deprived of life, liberty or property but by the lawful judgment of his peers, or by the law of the land - that is by the common law.

**XI.      Count 3: ALL DEFENDANT'S CONSPIRACY AGAINST RIGHTS violated my DEPRIVATION OF RIGHT UNDER COLOR OF LAW by violating ARTICLE 49 PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, <u>COLLECTIVE BARGAIN AGREEMENT;</u>**

64. **Whereas,** all organization conspired **(COLLUSION)** and violated my race, religion, national origin by also violating my **COMMON LAW RIGHTS** which is distinguished from "law" written by the legislators. **BLD-5 p. 251 Common-law action.** Action governed by

common law, rather than statutory, equitable, or civil law. I seek relief below base upon defendant's **BAD FAITH, NEGLIGENCE, BREACH OF TRUST, MALADMINISTRATION, UNCLEAN HANDS AND TORTIOUS INTERFERENCE** done against my professional football career, whereas I can't get that time back nor the endless possibility of appearing and playing in super bowls, pro bowls apparel endorsements breaking all sack records among other individual and team records being considered as the best team mate and player at my position and my and ultimately be inducted into the **NFL HALL OF FAME** which was taken from me by these organization when they decided to conspire (**CONSPIRACY AGAINST RIGHTS** June 25, 1948, ch. 645, 62 Stat. 696, Pub. L. 90–284, title I, § 103(b)) against my rights and **BREACH THE TRUST**.

**MAXIM:** No right is held more sacred, or is more carefully guarded by the common law, than the right of every individual to the possession and control of his own person, free from all restraint or interference of others, unless by dear or unquestionable authority of law.

## XII.                         Relief To Be Granted

65. I am demanding all violators (Roger Goodell, Commissioner National Football League (NFL) 345 Park Ave Fl 7 New York, NY 10154-0017, Paul Allen, President (Seattle Seahawks) 800 Occidental Ave S STE 300, Seattle, WA 98134-1200, John Shaw, CEO (Los Angeles Rams) 29899 Agoura Rd, Agoura Hills, CA 91301-2493, Mark M Davis, CEO (Las Vegas Raiders) 1475 Raiders Way Henderson NV 89052, Jimmy Haslam, Owner (Cleveland Browns Football Company, LLC) 76 Lou Groza Blvd, Berea, OH 44017-1238, Clark Hunt, CEO (Kansas City Chiefs Football Club) 1 Arrowhead Dr. Kansas City, MO 64129-1651, Danny Morrison, President (Carolina Panthers) 800 S Mint St, Charlotte, NC 28202-1640, Dan Snyder CEO Tanya Snyder co-CEO (Washington Football Team) 21300 Coach Gibbs Drive, Ashburn, VA 20147 and

J. C. Tretter President (Upshaw Place) 1133 20th St NW, Washington, DC 20036) of my rights to pay **COMPENSATORY, PUNITIVE DAMAGES AND TREBLE DAMAGES** to be awarded to me Junior Galette in the amount (GRIEVANCES) of **$100,000,000.00 times 3 (total 300,000,000.00)** for all violations of my rights **(LIFE, LIBERTY AND PURSUIT OF HAPPINESS)** protected by **All 50 Plus States Bills And Declaration Of Rights, Civil Rights Act of 1866 CHAP. XXXI., United States Constitution 1789 1st and 4th Amendment, CONSPIRACY AGAINST RIGHTS June 25, 1948, ch. 645, 62 Stat. 696, Pub. L. 90–284, title I, § 103(b), DEPRIVATION OF RIGHT UNDER COLOR OF LAW Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019 and ARTICLE 49 PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE BARGAIN AGREEMENT".**

**MAXIM:** Recovery, i.e., restitution, is had by sentence of a judge of a thing wrongfully extorted or detained.

66. I, Junior Galette currently suffer from the following as a result of all defendant's actions: mental pain and suffering, harassment, emotional distress, disbelief, **"tortious interference"**, unjustified grief, fright, unconsciousness, nervousness, grief, anxiety, worry, mortification, shock, public and private humiliation, indignity, embarrassment, apprehension, terror, disfigurement and deformity, impairment of ability to work, mental and physical stress, unimaginary extreme lost of focus on life, relief sought is done in **GOOD FAITH**.

**MAXIM:** A court can only declare what the law is, and whether consistent with the law of God, and the fundamental or constitutional law of society.

67. **Whereas,** in accordance to **Miranda v. Arizona, 384 U.S. 436 (1966) [103]** Where rights **secured by the Constitution are involved**, there can be no rule making or legislation which

would abrogate them. Therefore defendants violated my rights protected by common law and their contract **ARTICLE 49 PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE BARGAIN AGREEMENT".**

**MAXIM:** The doctrine of stare decisis, commonly called the 'doctrine of precedents, means that we should adhere to decided cases and settled principles and not disturb matters which have been established by judicial determination.

### SPEEDY TRIAL BY AN IMPARTIAL JURY

Plaintiff hereby exercises his rights to a Speedy Trial By An Impartial Jury, Sworn testimony unanswered stands as truth, **UNREBUTTED AFFIDAVIT STANDS AS FACTS (SEE AFFIDAVIT A),** every player, coach mention in this matter will be subpoena to testify in this COURT OF RECORD **(CURRENT AND PRESENT)** under oath.

**MAXIM:** The decision of twelve good and upright men is thought by the common law to be the dictate of truth.

I state under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. August   , 2022.

Autograph of Affiant Junior Galette

8636 Miramar Pkwy Miramar Florida 33025

### CERTIFICATE OF SERVICE

I, Junior Galette have certified that I have this day filed IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA by hand delivery with this **COMPLAINT.** Dated this 19 day of August, 2022 and once summons is granted will send by U.S. Mail Postal Service to To: Registered Agent for Roger Goodell, National Football League (NFL) 345 Park Ave Fl 7 New York, NY 10154-0017, Registered Agent for Seattle Seahawks 800 Occidental Ave S STE 300, Seattle, WA 98134-1200, Registered Agent for Los Angeles

Rams PARACORP INCORPORATED 29899 Agoura Rd #210, Agoura Hills, CA 91301-2493,

Registered Agent for Las Vegas Raiders Mike Pfriender 9850 S Maryland Pkyw STE 187 Las

Vegas, NV 89183, Registered Agent for Cleveland Browns Football Company, LLC CT

CORPORATION SYSTEM 4400 Easton Commons Way suite 125, Columbus, OH 43219,

Registered Agent for Kansas City Chiefs Football Club PWS AGENT SERVICE, INC 911 Main

Street suite 2800 Kansas City, MO 64105, Registered Agent for Carolina Panthers Vaught David

800 South Mint Street, Charlotte, NC 28202, Registered Agent for Washington Football Team

Greg B Resh 7 St.Paul Street Suite 820 Baltimore, Md 21202. And To: J. C. Tretter President

(Upshaw Place) 1133 20th St NW, Washington, DC 20036.

I state under penalty of perjury under the laws of the United States of America that the forgoing
is true and correct. August   , 2022.

Autograph of Affiant Junior Galette

8636 Miramar Pkwy Miramar Florida 33025

### JURAT

I state under penalty of perjury under the laws of the United States of America that the forgoing
is true and correct. August   , 2022.

Autograph of Affiant Junior Galette

8636 Miramar Pkwy Miramar Florida 33025

STATE OF FLORIDA

Subscribed and sworn to (or affirmed) before me on this 19 day of August, 2022 by Junior
Galette, proved to me on the basis of satisfactory evidence to be the person(s) who appeared
before me.

Notary (Seal)                    Notary Signature



ZACKARY A. GONZALEZ
Notary Public - State of Florida
Commission # HH 169743
My Comm. Expires Aug 25, 2025

Page **21** of **21**

# EXHIBIT A









7019 2970 0000 8157 3296

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20036
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.05 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $1.56 |
| Total Postage and Fees | $8.36 |

0774 10
Postmark Here
DEC 6 2021 USPS
12/06/2021

Sent To: Jil Tretter President
Street and Apt. No., or PO Box No.: 1133 20th Street N.W.
City, State, ZIP+4®: Washington DC 20036

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7019 2970 0000 8157 3432

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Henderson, NV 89052
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.05 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $1.56 |
| Total Postage and Fees | $8.36 |

0774 24
Postmark Here
12/24/2021

Sent To: Mark M. Davis
Street and Apt. No., or PO Box No.: 2475 Carders Way
City, State, ZIP+4®: Henderson NV 89052

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7019 2970 0000 8157 3272

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Charlotte, NC 28202
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.05 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $1.56 |
| Total Postage and Fees | $8.36 |

0774 10
Postmark Here
DEC 6 2021 USPS
12/06/2021

Sent To: Danny Morrison President
Street and Apt. No., or PO Box No.: 800 S Mint St
City, State, ZIP+4®: Charlotte NC 28202-1640

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7019 2970 0000 8157 3241

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Las Vegas, NV 89119
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.05 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $1.56 |
| Total Postage and Fees | $8.36 |

0774 10
Postmark Here
12/06/2021

Sent To: Mark M. Davis CEO
Street and Apt. No., or PO Box No.: 6649 Las Vegas Blvd S STE 200
City, State, ZIP+4®: Las Vegas, NV 89119-3268

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

OFFICIAL USE

New York, NY 10154
Certified Mail Fee $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $1.56
Total Postage and Fees $8.36
0774 10
Postmark Here
12/06/2021
Sent To Roger Goodell
Street and Apt. No., or PO Box No. 345 Park Ave Fl 7
City, State, ZIP+4 New York NY 10154-0017
7019 2970 0000 8157 3250
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

OFFICIAL USE

Agoura, CA 91301
Certified Mail Fee $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $1.56
Total Postage and Fees $8.36
0774 10
Postmark Here
12/06/2021
Sent To John Shaw
Street and Apt. No., or PO Box No. 29899 Agoura Road
City, State, ZIP+4 Agoura Hills CA 91301-2493
7019 2970 0000 8157 3234
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

OFFICIAL USE

Seattle, WA 98124
Certified Mail Fee $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $1.56
Total Postage and Fees $8.36
0774 10
Postmark Here
12/06/2021
Sent To Paul Allen
Street and Apt. No., or PO Box No. 800 Occidental Ave S STE 300
City, State, ZIP+4 Seattle WA 98134-1200
7019 2970 0000 8157 3227
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

OFFICIAL USE

Berea, OH 44017
Certified Mail Fee $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $1.56
Total Postage and Fees $8.36
0774 10
Postmark Here
12/06/2021
Sent To Jimmy Haslam "Owner"
Street and Apt. No., or PO Box No. 76 Lou Groza Blvd
City, State, ZIP+4 Berea OH 44017-1238
7019 2970 0000 8157 3258
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

OFFICIAL USE

Kansas City, MO 64129
Certified Mail Fee $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $1.56
Total Postage and Fees $8.36
0774 10
Postmark Here
12/06/2021
Sent To Clark Hunt CEO
Street and Apt. No., or PO Box No. 1 Arrowhead Dr
City, State, ZIP+4 Kansas City MO 64129-1651
7019 2970 0000 8157 3265
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

OFFICIAL USE

Ashburn, VA 20147
Certified Mail Fee $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $1.56
Total Postage and Fees $8.36
0774 10
Postmark Here
12/06/2021
Sent To Dan & Tanya Snyder
Street and Apt. No., or PO Box No. 21380 Coach Gibbs Drive
City, State, ZIP+4 Ashburn VA 20147
7019 2970 0000 8157 3289
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# EXHIBIT B



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Sent To: Roger Goodell
Street and Apt. No., or PO Box No.: 345 Park Ave FL 7
City, State, ZIP+4®: New York, NY 10154-0017

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Sent To: Dan Snyder, Tanya Snyder
Street and Apt. No., or PO Box No.: 21300 Coach Gibbs Drive
City, State, ZIP+4®: Ashburn, VA 20147

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Sent To: Tepper Morrison
Street and Apt. No., or PO Box No.: 800 S Mint St
City, State, ZIP+4®: Charlotte, NC 28202-1640

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Sent To: Clark Hunt
Street and Apt. No., or PO Box No.: 1 Arrowhead Dr 64129-1651
City, State, ZIP+4®: Kansas City, MO 28202-1640

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Sent To: Paul Allen President
Street and Apt. No., or PO Box No.: 800 Occidental Ave S STE 300
City, State, ZIP+4®: Seattle, WA 98134-1200

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Sent To: Jimmy Haslam
Street and Apt. No., or PO Box No.: 76 Lou Groza Blvd
City, State, ZIP+4®: Berea, OH 44017-1238

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $

Total Postage and Fees
$

Sent To _Trotter_
Street and Apt. No., or PO Box No. _1133 20th St NW_
City, State, ZIP+4® _Washington DC 20036_

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 3160 0000 1898 3964

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$

Total Postage and Fees

Sent To _Mark M Davis CEO_
Street and Apt. No., or PO Box No. _1475 Raiders Way_
City, State, ZIP+4® _Henderson NV 89052_

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 3160 0000 1898 4022

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$

Total Postage and Fees
$

Sent To _John Shaw CEO_
Street and Apt. No., or PO Box No. _11899 Agoura Rd_
City, State, ZIP+4® _Agoura Hills, CA 91301-2499_

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 3160 0000 1898 3971

EXHIBIT C



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

New York, NY 10154

| Certified Mail Fee | $3.75 | | 0706 |
| | | $3.05 | 04 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | | Here |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $0.00 | | |
| Postage | $1.56 | | |
| | | | 04/02/2022 |
| Total Postage and Fees | $8.36 | | |

Sent To: Roger Goodell "Commissioner"
Street and Apt. No., or PO Box No. 345 Park Ave FL7
City, State, ZIP+4 New York, NY 10154-0017

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Henderson, NV 89052

| Certified Mail Fee | $3.75 | | 0706 |
| | | $3.05 | 04 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | | Here |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $0.00 | | |
| Postage | $1.56 | | |
| | | | 04/02/2022 |
| Total Postage and Fees | $8.36 | | |

Sent To: Mark M. Davis "CEO"
Street and Apt. No., or PO Box No. 1475 Raiders Way
City, State, ZIP+4 Henderson, NV 89052

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20036

| Certified Mail Fee | $3.75 | | 0706 |
| | | $3.05 | 04 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | | Here |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | | | |
| Postage | $1.56 | | |
| | | | 04/02/2022 |
| Total Postage and Fees | $8.36 | | |

Sent To: C. Toetten "President"
Street and Apt. No., or PO Box No. 1133 20th St NW
City, State, ZIP+4 Washington, DC 20036

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Charlotte, NC 28202

| Certified Mail Fee | $3.75 | | 0706 |
| | | $3.05 | 04 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | | Here |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | | | |
| Postage | $1.56 | | |
| | | | 04/02/2022 |
| Total Postage and Fees | $8.36 | | |

Sent To: Tom Morrison "President"
Street and Apt. No., or PO Box No. 800 S Mint St
City, State, ZIP+4 Charlotte, NC 28202-1640

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Seattle, WA 98134

| Certified Mail Fee | $3.75 | | 0706 |
| | | $3.05 | 04 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | | Here |
| ☐ Adult Signature Required | | | |
| ☐ Adult Signature Restricted Delivery | | | |
| Postage | $1.56 | | |
| | | | 04/02/2022 |
| Total Postage and Fees | $8.36 | | |

Sent To: Paul Allen President
Street and Apt. No., or PO Box No. 800 Occidental Ave S #300
City, State, ZIP+4 Seattle, WA 98134-1200

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Berea, OH 44017

| Certified Mail Fee | $3.75 | | 0706 |
| | | $3.05 | 04 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | | Here |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | | | |
| Postage | $1.56 | | |
| | | | 04/02/2022 |
| Total Postage and Fees | $8.36 | | |

Sent To: Jimmy Haslam "Owner"
Street and Apt. No., or PO Box No. 76 Lou Groza Blvd
City, State, ZIP+4 Berea, OH 44017-1238

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions





7020 0640 0001 5374 0452

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Ashburn, VA 20147

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.75 | 0706 |
| $ | $3.05 | 04 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.56 | |
| $ | | 04/02/2022 |
| Total Postage and Fees | $8.36 | |
| $ | | |

Sent To: Dan Snyder & Tanya Snyder
Street and Apt. No., or PO Box No.: 21300 Coach Gibbs Drive
City, State, ZIP+4®: Ashburn VA 20147

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7020 0640 0001 5374 0445

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Kansas City, MO 64129

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.75 | 0706 |
| $ | $3.05 | 04 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | |
| Postage | $1.56 | |
| $ | | 04/02/2022 |
| Total Postage and Fees | $8.36 | |
| $ | | |

Sent To: Clark Hunt "CEO"
Street and Apt. No., or PO Box No.: 1 Arrowhead Dr.
City, State, ZIP+4®: Kansas City MO 64129-1651

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7020 0640 0001 5374 0384

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Agoura Hills, CA 91301

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.75 | 0706 |
| $ | $3.05 | 04 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.56 | |
| $ | | 04/02/2022 |
| Total Postage and Fees | $8.36 | |
| $ | | |

Sent To: John Shaw "CEO"
Street and Apt. No., or PO Box No.: 29899 Agoura Rd
City, State, ZIP+4®: Agoura Hills, CA 91301-2493

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# EXHIBIT D

### Trent Murphy

https://billswire.usatoday.com/lists/buffalo-bills-free-agency-trent-murphy-sean-mcdermott/

Murphy came to Buffalo in the 2018 offseason, signing a three-year, $22.5 million contract. It seemed that the writing was on the wall when Buffalo brought in several new players to the defensive line a year ago.

The Addison signing would not have been needed if Murphy could return to his 2016 form, one in which he registered a career-best nine sacks. With Addison and Jerry Hughes commanding cap hits of around $10 million each, there's little need to have a rotational defender such as Murphy who could make somewhere near that total for the Bills.

Plus, a player whose cap hit is $9.775 million should be written into the lineup with a sharpie for the playoffs. That was not the case for Murphy. With cap concerns ahead of the 2021 season, it seems very likely that Murphy will be heading out of Orchard Park.

| | | | | | Games | | Def Interceptions | | | | | Fumbles | | | | | | Tackles | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Age | Tm | Pos | No. | G | GS | Int | Yds | TD | Lng | PD | FF | Fmb | FR | Yds | TD | Sk | Comb | Solo | Ast | TFL | QBHits | Sfty | AV |
| 2014 | 24 | WAS | ROLB | 93 | 15 | 8 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 1 | 0 | 0 | 2.5 | 32 | 22 | 10 | 3 | 7 | | 4 |
| 2015 | 25 | WAS | LOLB | 93 | 16 | 14 | | | | | | 1 | 0 | 2 | 0 | 0 | 3.5 | 33 | 13 | 20 | 3 | 10 | | 7 |
| 2016 | 26 | WAS | | 93 | 16 | 0 | 0 | 0 | 0 | 0 | 1 | 3 | 0 | 1 | 7 | 0 | 9.0 | 47 | 29 | 18 | 10 | 25 | | 2 |
| 2018 | 28 | BUF | LDE | 93 | 13 | 10 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 4.0 | 24 | 14 | 10 | 5 | 9 | | 6 |
| 2019 | 29 | BUF | LDE | 93 | 16 | 16 | 1 | 0 | 0 | 0 | 3 | 2 | 0 | 2 | 8 | 0 | 5.0 | 36 | 24 | 12 | 9 | 9 | | 12 |
| 2020 | 30 | BUF | lde | 93 | 10 | 9 | | | | | | | | | | | 2.0 | 19 | 15 | 4 | 3 | 6 | | 5 |

| Year | Age | Tm | Pos | No. | Games | | Def Interceptions | | | | | | | | | | Sk | Tackles | | | | | | AV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | G | GS | Int | Yds | TD | Lng | PD | FF | Fmb | FR | Yds | TD | Sk | Comb | Solo | Ast | TFL | QBHits | Sfty | AV |
| Career | | | | | 86 | 57 | 1 | 0 | 0 | 0 | 6 | 10 | 0 | 6 | 15 | 0 | 26.0 | 191 | 117 | 74 | 33 | 66 | | 36 |
| 3 yrs | | BUF | | | 39 | 35 | 1 | 0 | 0 | 0 | 4 | 4 | 0 | 2 | 8 | 0 | 11.0 | 79 | 53 | 26 | 17 | 24 | | 23 |
| 3 yrs | | WAS | | | 47 | 22 | 0 | 0 | 0 | 0 | 2 | 6 | 0 | 4 | 7 | 0 | 15.0 | 112 | 64 | 48 | 16 | 42 | | 13 |

https://www.pro-football-reference.com/players/M/MurpTr00.htm

## ELITE PASS RUSHER PLAYER COMPARISON

| PLAYER | CURRENT AGE | CAREER QB PRESSURES PER 1,000 SNAPS* | CAREER SACKS PER 1,000 SNAPS | CURRENT CONTRACT |
|---|---|---|---|---|
| Brandon Graham | 32 | 90 | 10.2 | (2019-21) 3 year, $40,000,000 contract with the Philadelphia Eagles, including a $12,500,000 signing bonus, $27,000,000 guaranteed, and an average annual salary of $13,333,333 |
| J.J. Watt | 31 | 86 | 15.7 | (2014-21) 6 year, $100,005,425 contract with the Houston Texans, including a $10,000,000 signing bonus, $51,876,000 guaranteed, and an annual average salary of $16,667,571 |
| Mario Addison | 32 | 81 | 15.5 | (2020-22) 3 year, $30,450,000 contract with the Buffalo Bills, including a $6,000,000 signing bonus, $15,250,000 guaranteed, and an average annual salary of $10,150,000 |
| Junior Galette** | 32 | 81 | 12.5 | Unsigned |
| Carlos Dunlap | 31 | 77 | 12 | (2018-21) 3 year, $40,650,000 contract with the Cincinnati Bengals, including a $9,000,000 signing bonus, $14,000,000 guaranteed, and an average annual salary of $13,550,000 |
| Cameron Jordan | 30 | 69 | 11.2 | (2019-23) 3 year, $52,500,000 contract with the New Orleans Saints, including a $15,500,000 signing bonus, $42,035,000 guaranteed, and an average annual salary of $17,500,000 |
| Ryan Kerrigan | 31 | 68 | 12.6 | (2015-20) 5 year, $57,500,000 contract with the Washington Redskins, including a $16,000,000 signing bonus, $23,788,000 guaranteed, and an average annual salary of $11,500,000 |

August 3, 2020

Page 1 of 2

Statistics from Pro Football Focus
Contract Amounts from Sportrac.com

## ELITE PASS RUSHER PLAYER COMPARISON

| PLAYER | CURRENT AGE | CAREER QB PRESSURES PER 1,000 SNAPS* | CAREER SACKS PER 1,000 SNAPS | CURRENT CONTRACT |
|---|---|---|---|---|
| Alex Okafor | 29 | 63 | 9.3 | (2019-21) 3 year, $17,900,000 contract with the Kansas City Chiefs, including a $6,000,000 signing bonus, $11,505,000 guaranteed, and an average annual salary of $5,966,667 |
| Calais Campbell | 33 | 62 | 10.5 | (2020-21) 2 year, $25,000,000 contract with the Baltimore Ravens, including a $10,000,000 signing bonus, $20,000,000 guaranteed, and an average annual salary of $12,500,000 |
| Tyrone Crawford | 30 | 57 | 6.9 | (2015-20) 5 year, $45,000,000 contract with the Dallas Cowboys, including a $10,000,000 signing bonus, $24,675,000 guaranteed, and an average annual salary of $9,000,000 |
| Trent Murphy | 29 | 55 | 9.2 | (2018-20) 3 year, $22,500,000 contract with the Buffalo Bills, including a $5,250,000 signing bonus, $10,375,000 guaranteed, and an average annual salary of $7,500,000 |

\* Players ranked by quarterback pressures per 1,000 snaps.

\*\*Mr. Galette has not played since the 2017-18 season, when he was 29. Had the League given Mr. Galette the chance to play for the past two seasons, his statistics would be even more favorable.

5:48
◄ Files

© chrome://external-file

August 1, 2020

## ELITE PASS RUSHER PLAYER COMPARISON

| PLAYER | CURRENT AGE | CAREER OR PRESSURES PER 1,000 SNAPS* | CAREER SACKS PER 1,000 SNAPS | CURRENT CONTRACT |
|---|---|---|---|---|
| Brandon Graham | 32 | 90 | 10.2 | [2019-21] 3-year, $40,000,000 contract with the Philadelphia Eagles, including a $12,500,000 signing bonus, $27,000,000 guaranteed, and an average annual salary of $13,333,333 |
| J.J. Watt | 31 | 86 | 15.7 | [2014-21] 6-year, $100,000,425 contract with the Houston Texans, including a $10,000,000 signing bonus, $51,876,000 guaranteed, and an average annual salary of $16,667,737 |
| Mario Addison | 32 | 81 | 15.5 | [2020-22] 3-year, $30,450,000 contract with the Buffalo Bills, including a $6,000,000 signing bonus, $9,250,000 guaranteed, and an average annual salary of $10,150,000 |
| Junior Galette** | 32 | 81 | 12.5 | Unsigned |
| Calais Dunlap | 31 | 77 | 12 | [2018-21] 4-year, $40,400,000 contract with the Cincinnati Bengals, including a $9,000,000 signing bonus, $16,600,000 guaranteed, and an average annual salary of $10,100,000 |
| Cameron Jordan | 30 | 69 | 11.7 | [2019-21] 3-year, $52,500,000 contract with the New Orleans Saints, including a $15,100,000 signing bonus, $43,105,000 guaranteed, and an average annual salary of $17,500,000 |
| Ryan Kerrigan | 31 | 66 | 12+x | [2015-19] 5-year, $57,500,000 contract with the Washington Redskins, including a $9,000,000 signing bonus, $23,788,000 guaranteed, and an average annual salary of $11,500,000 |

Statistics from Pro Football Focus.
Contract Amounts from Spotrac.com.

| PLAYER | CURRENT AGE | CAREER OR PRESSURES PER 1,000 SNAPS | CAREER SACKS PER 1,000 SNAPS | CURRENT CONTRACT |
|---|---|---|---|---|
| Alex Okafor | 29 | 63 | 9.1 | [2019-21] 3-year, $21,000,000 contract with the Kansas City Chiefs, including a $6,000,000 signing bonus, $11,500,000 guaranteed, and an average annual salary of $5,966,667 |
| Calais Campbell | 33 | 62 | 10.5 | [2020-21] 2-year, $25,000,000 contract with the Baltimore Ravens, including a $10,000,000 signing bonus, $20,000,000 guaranteed, and an average annual salary of $12,500,000 |
| Tyrone Crawford | 30 | 57 | 6.9 | [2015-20] 5-year, $45,000,000 contract with the Dallas Cowboys, including a $10,000,000 signing bonus, $24,675,000 guaranteed, and an average annual salary of $9,000,000 |
| Trent Murphy | 29 | 55 | 9.2 | [2018-20] 3-year, $21,000,000 contract with the Buffalo Bills, including a $7,500,000 signing bonus, $10,175,000 guaranteed, and an average annual salary of $7,500,000 |

* Players ranked by quarterback pressures per 1,000 snaps.

** Mr. Galette has not played since the 2017-18 season, when he was 29. Had the League given Mr. Galette the chance to play for the past two seasons, his statistics would be even more favorable.

August 3, 2020

Statistics from Pro Football Focus.
Contract Amounts from Spotrac.com.

| PLAYER | CURRENT AGE | CAREER QB PRESSURES PER 1,000 SNAPS* | CAREER SACKS PER 1,000 SNAPS | CURRENT CONTRACT |
|---|---|---|---|---|
| Brandon Graham | 32 | 90 | 10.2 | (2019-21) 3 year, $40,000,000 contract with the Philadelphia Eagles, including a $12,500,000 signing bonus, $27,000,000 guaranteed, and an average annual salary of $13,333,333 |
| J.J. Watt | 31 | 86 | 15.7 | (2014-21) 6 year, $100,005,425 contract with the Houston Texans, including a $10,000,000 signing bonus, $51,876,000 guaranteed, and an annual average salary of $16,667,571 |
| Mario Addison | 32 | 81 | 15.5 | (2020-22) 3 year, $30,450,000 contract with the Buffalo Bills, including a $6,000,000 signing bonus, $15,250,000 guaranteed, and an average annual salary of $10,150,000 |
| Junior Galette** | 32 | 81 | 12.5 | Unsigned |
| Carlos Dunlap | 31 | 77 | 12 | (2018-21) 3 year, $40,650,000 contract with the Cincinnati Bengals, including a $9,000,000 signing bonus, $14,000,000 guaranteed, and an average annual salary of $13,550,000 |
| Cameron Jordan | 30 | 69 | 11.2 | (2019-23) 3 year, $52,500,000 contract with the New Orleans Saints, including a $15,500,000 signing bonus, $42,035,000 guaranteed, and an average annual salary of $17,500,000 |
| Ryan Kerrigan | 31 | 68 | 12.6 | (2015-20) 5 year, $57,500,000 contract with the Washington Redskins, including a $16,000,000 signing bonus, $23,788,000 guaranteed, and an average annual salary of $11,500,000 |

**ELITE PASS RUSHER PLAYER COMPARISON**

| PLAYER | CURRENT AGE | CAREER QB PRESSURES PER 1,000 SNAPS* | CAREER SACKS PER 1,000 SNAPS | CURRENT CONTRACT |
|---|---|---|---|---|
| Alex Okafor | 29 | 63 | 9.3 | (2019-21) 3 year, $17,900,000 contract with the Kansas City Chiefs, including a $6,000,000 signing bonus, $11,505,000 guaranteed, and an average annual salary of $5,966,667 |
| Calais Campbell | 33 | 62 | 10.5 | (2020-21) 2 year, $25,000,000 contract with the Baltimore Ravens, including a $10,000,000 signing bonus, $20,000,000 guaranteed, and an average annual salary of $12,500,000 |
| Tyrone Crawford | 30 | 57 | 6.9 | (2015-20) 5 year, $45,000,000 contract with the Dallas Cowboys, including a $10,000,000 signing bonus, $24,675,000 guaranteed, and an average annual salary of $9,000,000 |
| Trent Murphy | 29 | 55 | 9.2 | (2018-20) 3 year, $22,500,000 contract with the Buffalo Bills, including a $5,250,000 signing bonus, $10,375,000 guaranteed, and an average annual salary of $7,500,000 |

* Players ranked by quarterback pressures per 1,000 snaps.

**Mr. Galette has not played since the 2017-18 season, when he was 29.  Had the League given Mr. Galette the chance to play for the past two seasons, his statistics would be even more favorable.



| PLAYER | SNAPS | SACKS | SACKS PER 1,000 SNAPS | CONTRACT |
|---|---|---|---|---|
| Frank Clark | 3,198 | 43 | 0.0134 | 5 yrs, 105 Million |
| Junior Galette | 2,749 | 34 5 | 0.0126 | 2 YRS, 4 Million 500K OFFER WITHDRAWN STILL UNSIGNED |
| Dee Ford | 2,964 | 37 | 0.0125 | 5 yrs, 87 Million |
| Vinny Curry | 3,061 | 29 5 | 0.0096 | 3 yrs, 23 Million |
| Alex Okafor | 3,109 | 27 | 0.0087 | 3 yrs, 24 Million |
| Jadevion Clowney | 3,844 | 32 | 0.0083 | seeking 15+ Million |
| Trent Murphy | 3,033 | 24 5 | 0.0081 | 3 yrs, 22.5 Million |
| Kharl Nassib | 2,411 | 18 | 0.0075 | 3 yrs, 25 Million |
| ogbah | 2,527 | 18 | 0.0071 | 2 yrs, 15 Million |
| Kyle Van | 3,124 | 17 5 | 0.0056 | 4 yrs, 51 Million |





**Matt Harmon** ●
@MattHarmon_BYB

Top-12 pressure rates this season among defenders who had 200+ pass rush plays per #NextGenStats

| Rank | Player | Team | Pressure rate | Sacks | Plays |
|------|--------|------|---------------|-------|-------|
| 1 | Preston Smith | WAS | 15.9 | 8 | 309 |
| 2 | Demarcus Lawrence | DAL | 15.8 | 14.5 | 405 |
| 3 | Junior Galette | WAS | 15.1 | 3 | 219 |
| 4 | Yannick Ngakoue | JAX | 14.7 | 12 | 407 |
| 5 | Aaron Donald | LA | 14.4 | 11 | 450 |
| 6 | Von Miller | DEN | 14.2 | 10 | 415 |
| 7 | Robert Quinn | LA | 14.2 | 8.5 | 338 |
| 8 | Leonard Floyd | CHI | 13.8 | 4.5 | 247 |
| 9 | Vinny Curry | PHI | 13.5 | 3 | 318 |
| 10 | Ryan Kerrigan | WAS | 13.4 | 13 | 380 |
| 11 | Everson Griffen | MIN | 13.4 | 13 | 463 |
| 12 | Carl Lawson | CIN | 13.3 | 8.5 | 338 |

2/5/18, 7:27 PM



Galette has recorded just 1 fewer pressure than Preston Smith has this season, despite the fact Smith has played on 288 more total snaps and 95 more pass-rushing snaps than he has.

Galette tied Kerrigan with a team-high 81.0 PFF grade.





PFF WAS Redskins

In his debut last Sunday, Junior Galette only rushed the passer 11 times, but still generated 4 pressures, each vs. a different lineman.

10:13

🔒 pff.com

Junior Galette may be the most intriguing option out there. Just 29 years old, he came back to play in 2017 after back-to-back Achilles injuries. One of those can derail an NFL career, particularly for an edge rusher, and to suffer two back-to-back seemed like it would surely be the end of him, but in his first action back he was extremely productive. Overall, he notched 37 total pressures, even if only three of them were sacks. His PFF pass-rushing grade was 83.4, which was good enough to rank 23rd in the league, and to do that in your first action after back-to-back Achilles injuries is very impressive.

With another year removed from those problems, and still under 30, Galette could be the dark horse among this group for legitimate edge production in 2018 and beyond.

**2018 FREE AGENCY**

Free Agent Tracker / Top Offensive UFAs / Top Defensive UFAs /

2017 free agent hits / February 22 update / Immediate Impact FAs /

Free agent edge defender class

# EXHIBIT F



6:39
◂ Safari

espn.com

| Elite | Good |
|---|---|
| 2 | 3 |
| QB Drew Brees<br>OLB Junior Galette | RB Pierre Thomas<br>TE Jimmy Graham<br>OT Zach Strief |

| Average | Bad |
|---|---|
| 22 | 8 |
| WR Kenny Stills<br>DT Tyrunn Walker<br>OT Terron Armstead<br>WR Robert Meachem<br>C Tim Lelito<br>CB Patrick Robinson<br>G Ben Grubbs<br>RB Mark Ingram<br>DT Akiem Hicks<br>S Rafael Bush<br>TE Josh Hill<br>OLB Parys Haralson<br>DE Cameron Jordan<br>S Pierre Warren<br>WR Brandin Cooks<br>DT Brodrick Bunkley<br>G Jahri Evans<br>C Jonathan Goodwin<br>OLB David Hawthorne<br>DT John Jenkins<br>S Jairus Byrd | OT Bryce Harris<br>WR Marques Colston<br>OLB Ramon Humber<br>DT Brandon Deaderick<br>CB Keenan Lewis<br>ILB Curtis Lofton<br>CB Corey White<br>S Kenny Vaccaro |

# EXHIBIT G



**Redskinstoday**
@redskinstoday_

"I swear to god I'm not playing for no slave deals I'll die before I play for more slave deals." – Junior Galette on his snapchat story

12:41 AM · 3/18/18 · Twitter for iPhone



**25** Retweets  **78** Likes

# EXHIBIT H



# EXHIBIT I



Sean Mcvay Rams

Sounds good man appreciate the text brother look forward to hopefully getting that worked out then praying for your mom sorry to here she is having to go through that glad she had you there with her

Yes sir we will work it all out  I'm very confident about that thanks my dude give me a call if you need anything

you will be the youngest to ever win a SuperBowl with or without me but much faster with me lol See ya Soon

Haha love it can't wait to get you here bro you will love the guys and obviously you know most of the coaches they are fired up man

# EXHIBIT J







# Tweet



**ESPN 980**
@ESPNRadio980



Joe Barry on ESPN980 on Galette " I don't know if I've ever been around a dude that explosive. He works his brains off everyday" #Redskins

5/4/16, 3:45 PM

This a all formality, Galette is signing with the #Rams.

Players with less than 300 pass-rush snaps and 35+ QB Pressures in 2017:

Junior Galette

Myles Garrett

Elvis Dumervil

**Adam Schefter** ●

Free-agent visit news:

LB Junior Galette is visiting the LA Rams on Sunday, per source.





●●○○○ Verizon  LTE          5:28 PM          ⬆ 🔋 ⚡ 24% 🔋⚡

‹                    **Tweet**                🔍  ✎

  **ESPN 980**

Joe Barry on ESPN980 on Galette " I
don't know if I've ever been around a
dude that explosive. He works his
brains off everyday" #Redskins



I don't know if I've ever
been around a dude that
explosive. He works his
Brains off everyday.
Green Bay Packers
defensive coordinator
Joe Barry



🏠            🔔            ⚡            ✉            👤
             Notifications



11:03                                    LTE

Bill Coach

You know it shows when you read the message Lol

Jr. I am up to my ass in alligators. Do you have any leads. I did my damdest. To get you to LA

I know man this Bruce guy is very powerful gotta get my name off the blacklist

Something happen. In all honesty. I don't know. It was on then all of a sudden the whole thing fell thru. I wish I knew how to help. I tried hard last year



10:57

Okay I can wait ! Joe I just want to play Ball I've been thru hell and back dude let's get a Fucking Ring !

I Trust You !

Me too Sorry for the Wait

Im taking Physical T Wood Took me everything is all good

Hey I got to the locker room for a workout and they said hey, we will take u back to hotel

Coach what's going on

# EXHIBIT K

6:06

Verizon LTE     2:34 PM     73%

Joe Berry Coach



Looking good in that blue and white

Hey. What number do you want. 93
is Suh and 58 is Cory Littleton our
starting MLB

Understood! 55 or 44 available



# EXHIBIT L



**Rich Hammond**
@Rich Hammond

The Rams won't sign Junior Galette. Sean McVay: "It just didn't work out, for reasons that we will keep inside." Galette never had a workout. Took a physical and it was fine.

# EXHIBIT M

4:11        .ıl 5G⁴ ⚡

11:29        ıll 🛜 ▬



Andre

have anyone that can
rush like him. He is a
loose body edge
rusher. He also has
experience playing 9
technique. He'll be our
best guy hands down.
He will also be cheap.
League minimum
because he just wants
a second chance. Matt
Rhule coached him at
Temple and he called
and said he wanted to
bring him in for a
workout but then the
Virus hit. We maybe at
that close to
desperation point with
the list running out. Let



# EXHIBIT N



Matt Rhule

Matt Rhule
mattrhule1 · Instagram

View Profile

You are one of the best I have ever seen!!! Are you still playing or retired? Anything I can do to help?

EXHIBIT O



# EXHIBIT P

## DECLARATION

I, **Drew Rosenhaus,** hereby certify that the factual statements set forth in this Declaration are true and correct to the best of my knowledge, and are as follows:

1. One of Junior Galette's best NFL seasons was in 2017.

2. Galette was one of the most effective pass rushers in the NFL and absolutely deserved to sign a multimillion-dollar, multiyear contract with significant guaranteed money.

3. I was really disappointed that we did not have that opportunity.

4. The market was very low for Galette.

5. It was really one of the most disappointing experiences I've had with a free agent player.

Executed on January 28, 2022

By: _____
　　　　　　Drew Rosenhaus

# EXHIBIT Q



# EXHIBIT R

## AFFIDAVIT

I, **Martin Fischman** did in fact state the followings during a court processing,

**Court Reporter:** Did Mr. Galette ever say anything to you about being blackballed?

**Martin Fischman:** said, yes.

**Ben Block NFL Lawyer:** When did, when did you and Mr. Galette discuss, when, when did he say that he had been blackballed?

**Martin Fischman:** It, it was at some point during the course of my representation, um, at, I don't remember exactly when.

**Ben Block NFL Lawyer:** what did you understand that to mean?

**Martin Fischman:** Um, the frustration of being successful, being competent at your job and not being able to get a job.

**Ben Block NFL Lawyer:**   Do you think Mr. Galette was blackballed?

**Martin Fischman:** I personally do.

**Ben Block NFL Lawyer:** Did you think that at the time?

**Martin Fischman:** I did.

**Ben Block NFL Lawyer:** Uh, did you think that, um, uh, did you think that if he was blackballed, that that would be a violation of the collective bargaining agreement, the form that caused for a legal conclusion.

**Martin Fischman:** Yes.!

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.   February _28_ , 2022.

_____
**Martin Fischman**


## JURAT

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. February _28_ , 2022.

_____
**Martin Fischman**

# EXHIBIT S



**Strick 9**
@SpiderStrick

Clelin Ferrell just said on Sirius NFL radio that he models his game after Aldon Smith and Junior Galette. Works for me.

2:18 PM · 3/2/19 · Twitter for iPhone

**3** Retweets **21** Likes





# EXHIBIT T



## Toughest pass rusher he has faced



Bob Donnan-USA TODAY Sports

Beachum didn't name a current player or a guy he faced last season. He named Junior Galette when he was with the Saints in 2014. That year, he had 10 sacks and also had two safeties.



# EXHIBIT U

"Junior doesn't know how good he can be," Jordan said. "He's had to fight for everything, and now he's shining the light. I don't know if he has a ceiling, but he hasn't found it yet."

"He's amazing on the field," defensive tackle Brodrick Bunkley said. "You'll never meet a harder worker or a more dedicated player. He fires everybody else up. Everybody hears the talk. But he walks the walk. He's a great teammate. I'll go to war with that guy."

On a defense that boasts no starters from the Super Bowl team of ██. Galette actually is viewed as a mentor for some of the younger players even though last season was his first in a starting role.

# EXHIBIT V

9:58

Strief said Galette's unconventional approach makes him unpredictable.

Which makes him, "an absolute pain" to deal **with on the practice field.**

"I think it is complete free-flow. So it's very hard to have a plan against him," Strief said. "I'm a big game-plan guy. I like to have an idea of what I'm gonna see and have a way to stop what I think the guy is good at. I couldn't tell you what you take away from him. I mean, he takes one giant step up the field, he takes three lateral steps and then picks one of three moves. And I really think he makes it up on the fly.

"I'm very glad he's on our team, because I don't like blocking him particularly. I think he's made a lot of very good tackles look uncomfortable."

In other words,                    rookie left tackle                    might have a hard time getting settled in his NFL debut on Sunday.

What's made the biggest difference in Galette's career, according to Strief, is the way the Saints have embraced that unconventional approach.

"I think it is complete free-flow. So it's very hard to have a plan against him." Strief said. "I'm a big game-plan guy. I like to have an idea of what I'm gonna see and have a way to stop what I think the guy is good at. I couldn't tell you what you take away from him. I mean, he takes one giant step up the field, he takes three lateral steps and then picks one of three moves. And I really think he makes it up on the fly.

"I'm very glad he's on our team, because I don't like blocking him particularly. I think he's made a lot of very good tackles look uncomfortable."

In other words,                               rookie left tackle                      might have a hard time getting settled in his NFL debut on Sunday.

# EXHIBIT W

# Saints tackle Terron Armstead: Junior Galette is hands down best NFL player I've played



New Orleans Saints offensive tackle Terron Arms...

# EXHIBIT X



### _What Junior Brings to the Defense_




Galette provides one key attribute that the other Redskins outside linebackers do not, that's his ability to get low when bending the edge. Redskins Pro Bowl Left Tackle **Trent Williams** went on record stating, he'd never seen a pass rusher with Galette's strength get so low to the ground when rushing off the edge. Often times Galette would be on a LT's outside shoulder at the snap of the ball, before they even knew what hit him! On the other hand, the soon to be thirty year old Galette has only played in 16 games over the last three years. Although he only registered 3 _sacks in 2017_, he was ranked among the Top 15 2017 pass rushers in the NFL for QB pressures. He was even rated higher the **Preston Smith**.

# EXHIBIT Y



When I asked for some of his other favorites, Galette said. "I have every. Any one you can think of."

Defensive coordinator Rob Ryan said. "He's got more variety than probably any rusher in the league." And when asked if all the different things Galette tries out can be hit and miss. Ryan said. "I think with Junior, it's a lot of hit and hit."

# EXHIBIT Z



**louis.riddick** ✔

@sackmanlives
Got RECEIPTS FOR DAYS 😂
😂😂

La been calling what do you think?

Chargers or Rams?

Rams

They need outside pass rushers. I think it would be a great opportunity



Thanks most likely headed there in a couple weeks

Hey...as you can see, I have been quiet on here lately...having a family emergency to attend to



# EXHIBIT AA

 **Paul Conner**
@P_ConnerJr

I'm a Junior Galette supporter. The "slave deal" comment was strong and made big waves. Seeing more and more fans clamor for him. Don't know if brass will forgive.

4:19 PM · 9/24/18 · TweetCaster for Android

# EXHIBIT BB

Think we had 24.5 (my 12.5 to his 12) between the two of us... 17.5 (my 7.5 to his 10) the next yr... rare explosive power with unorthodox footwork and great abilit to rush the pass! confusing to not see another shot

# EXHIBIT CC



Geoff Burke-USA TODAY Sports

In the second half of the 2017 season, **Junior Galette** was the **Redskins** best pass rusher. Sure, **Ryan Kerrigan** may have garnered most of the attention and sacks, but it was Galette's speed and relentless motor off the edge that kept opposing quarterbacks looking out the corner of their eye.

# EXHIBIT DD



6:38                                    LTE

5-26-20 Docs to Dat...

Liked by **mikeymike817**, **nulashooter** and **942 others**

**redskinstoday** Bleacherreport recently released an article ranking their top 40 3-4 Outside Linebackers from the 2017 season, and 3 Redskins cracked the top 25 : @sackmanlives at #22 : "Junior Galette is as good as a third pass-rushing option can get. He is a tad short for a typical edge rusher at 6'2, but he compensates with a speedy get-off and nimble footwork. With the amount of ground he covers off the snap, Galette forces offensive tackles into space and can manipulate them from there. Washington has an abundance of riches to have someone such as Galette as a bench pass-rusher."

**Top 10 Free Agent Signing**
After 3 Achilles

# EXHIBIT EE



ıllVerizon LTE     5:21 AM     ◀ ☀ 🔋 95% ▪

## @profootballfocus 🏈

### JUNIOR GALETTE

Grade wise, there was hardly any difference between Galette's play this past season and that which earned him a 4-year, $41.5 million extension back in 2014. Even after back-to-back seasons lost with Achilles tears, Galette still had the juice he became known for in New Orleans. The issue is that it came only 407 snaps as a designated pass-rusher and not the 800-plus snaps a full-time edge setter would get, which is what he was in his prime. He still earned an 83.4 pass-rushing grade on those limited snaps and a majority of that work against left tackles. With a thin pass-rushing crop in free agency, Galette might be the best value available.



Save     Your Story     Learn More     Send To ›

**FANSIDED**

≡

In those snaps Galette played that season, he received a Pro Football Focus pass rushing grade of 85.2. That was good for 12th in the league with players with over 250 snaps. He also racked up an outrageous number of pressures at 37

**FANSIDED**

≡

## Junior Galette's ability compared to Preston Smith, Ryan Anderson

Galette had what some would consider a breakout season in 2017 (considering his snap count, that is). He could very well be an upgrade for the team if his form is still there.

Galette only had three sacks in 2017, but Preston only had four last season on twice the snaps. Galette received just over 400 snaps in 2017. That's approximately half the snaps of a full-time rush linebacker, but he showed no signs of being limited to that amount of playing time.

# EXHIBIT FF



# New Orleans Saints Fact of the Day: April 8, 2015

April 8, 2015 · 5:11 PM · NewOrleansSaints.com

 **View in browser**

**New Orleans Saints Fact of the Day for Wednesday, April 8, 2015:**

<u>Junior Galette</u> became the first New Orleans Saint to have back-to-back double-digit sacks in a decade in 2014 when he registered 10 in 2014 and 12 in 2013.

# EXHIBIT GG



JAHRI EVANS

I've lined up across every person on this list. As a G I always struggled with Juniors unconventional pass rush. He has had success with his style. Hopefully the right coach convinces a team to sign him. Routing for my guy. He's the definition of got it out the mud!

# EXHIBIT HH



7:20

Peter Schaffer Agent

You rescind the letter or I'll never call.

I tried. But you are the most self centered person I've met. No wonder no one wants you in the NFL. I thought I could change you and help. Good luck. You just don't get it.

I tried. But you are the most self centered person I've met. No wonder no one wants you in the NFL. I thought I could change you and help. Good luck. You just don't get it.

Any chance you had to play in the NFL is now finished. No team will touch you. You should be ashamed because you wasted my time and I naively believed you were a changed person. That's my fault. Teams asked me if I was crazy bc I vouched for you. I guess they were right. When you realize I was right you will find peace.

Scot told me not to do it. I said I'm

12:14

18

Steve Spagnuolo

My goal is when this virus situation breaks to get u in for a workout...then take it from

That's no reason. Again bc you are selfish and needy, I work 20 hours a day, to make things happen. If I don't have time to call it's bc I work. You are the needy one. I don't tolerate selfishness

I'm good. You will never play in the nfl again bc you don't listen

Stop wasting my time. I never made one penny from you and I spent thousands of hours. Don't ever question my work ethic loyalty or methods

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Junior Galette, 8636 Miramar Pkwy Miramar Florida 33025 )<br><br>Plaintiff, )<br><br>vs. )<br><br>Defendant. )<br><br>To: Registered Agent for Roger Goodell, National Football League (NFL) 345 Park Ave Fl 7 New York, NY 10154-0017. | **ORDER FOR SUMMARY**<br><br>Speedy Trial By An Impartial Jury |

To: Registered Agent for Roger Goodell, National Football League (NFL) 345 Park Ave Fl 7 New York, NY 10154-0017.

To: Registered Agent for Seattle Seahawks 800 Occidental Ave S STE 300, Seattle, WA 98134-1200.

To: Registered Agent for Los Angeles Rams PARACORP INCORPORATED 29899 Agoura Rd #210, Agoura Hills, CA 91301-2493.

To: Registered Agent for Las Vegas Raiders Mike Pfriender 9850 S Maryland Pkyw STE 187 Las Vegas, NV 89183.

To: Registered Agent for Cleveland Browns Football Company, LLC CT CORPORATION SYSTEM 4400 Easton Commons Way suite 125, Columbus, OH 43219.

To: Registered Agent for Kansas City Chiefs Football Club PWS AGENT SERVICE, INC 911 Main Street suite 2800 Kansas City, MO 64105.

To: Registered Agent for Carolina Panthers Vaught David 800 South Mint Street, Charlotte, NC 28202.

To: Registered Agent for Washington Football Team Greg B Resh 7 St.Paul Street Suite 820 Baltimore, Md 21202.

To: J. C. Tretter President (Upshaw Place) 1133
20th St NW, Washington, DC 20036

## ORDER FOR SUMMARY JUDGEMENT AND DEMAND FOR JURY TRIAL

**COMES NOW,** Junior Galette one of the People as seen in

ALL 50 PLUS STATES BILL AND DECLARATION OF RIGHTS (1865 Florida Constitution

ARTICLE 1 DECLARATION OF RIGHTS Section 7 and 20), **at all times with exclusive**

**indefeasible, indubitable and inalienable rights to reform, alter, or abolish** GOVERNMENT

in such manner as shall be judged most conducive to the public weal **sui juris**, am giving this

**COURT OF RECORD** this **Summary Judgment Rule 56** of the Federal Rules of Civil

Procedures, and ***demand for jury trial*** for complaint of defendant as follows:

### CLAIMS UPON WHICH JUDGMENT IS SOUGHT

This action is an action brought by the plaintiff for violations of the **1885 ARTICLE I**

**DECLARATION OF RIGHTS Section 2, 4, 9, 21 and ARTICLE 49 PLAYER SECURITY**

**Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE**

**BARGAIN.**

1. Plaintiff Junior Galette is now and at all times relevant to this action resident of the
   Florida.

2. Plaintiff Junior Galette is a "citizen of Florida".

3. Defendant Registered Agent for Roger Goodell, National Football League (NFL), is a
   citizen of and is incorporated under the State of New York and has a principal place of
   business at by and through his Registered Agent address 345 Park Ave Fl 7 New York,
   NY 10154-0017,

4. Defendant Registered Agent for Seattle Seahawks, is a citizen of and is incorporated under the State of Washington and has a principal place of business at by and through his Registered Agent address 800 Occidental Ave S STE 300, Seattle, WA 98134-1200.

5. Defendant Registered Agent for Los Angeles Rams PARACORP INCORPORATED, is a citizen of and is incorporated under the State of California and has a principal place of business at by and through his Registered Agent address 29899 Agoura Rd #210, Agoura Hills, CA 91301-2493.

6. Defendant Registered Agent for Las Vegas Raiders Mike Pfriender, is a citizen of and is incorporated under the State of Nevada and has a principal place of business at by and through his Registered Agent address 9850 S Maryland Pkyw STE 187 Las Vegas, NV 89183.

7. Defendant Registered Agent for Cleveland Browns Football Company, LLC CT CORPORATION SYSTEM, is a citizen of and is incorporated under the State of Ohio and has a principal place of business at by and through his Registered Agent address 4400 Easton Commons Way suite 125, Columbus, OH 43219.

8. Defendant Registered Agent for Kansas City Chiefs Football Club PWS AGENT SERVICE, INC, is a citizen of and is incorporated under the State of Missouri and has a principal place of business at by and through his Registered Agent address 911 Main Street suite 2800 Kansas City, MO 64105.

9. Defendant Registered Agent for Carolina Panthers Vaught David, is a citizen of and is incorporated under the State of North Carolina and has a principal place of business at by and through his Registered Agent address 800 South Mint Street, Charlotte, NC 28202.

10. Defendant Registered Agent for Washington Football Team Greg B Resh, is a citizen of

and is incorporated under the State of Maryland and has a principal place of business at by and through his Registered Agent address 7 St.Paul Street Suite 820 Baltimore, Md 21202.

11. Defendant Registered Agent for J. C. Tretter President (Upshaw Place), is a citizen of and is incorporated under the District Of Columbia and has a principal place of business at by and through his Registered Agent address 1133 20th St NW, Washington, DC 20036.

12. The United States District Court For The Florida has general jurisdiction and the authority to hear and adjudicate this case pursuant to the 1789 United States Constitution, Bill of Rights, 1867 Florida Constitution and Article 1 Declaration Of Rights and **Rights of a Victim Civil Rights Act of 1866 CHAP. XXXI.—An Act to protect all Persons in the United States in their Civil Rights, and furnish the Means of their Vindication Section 1-10** with Concurrent Jurisdiction over rights of the people (Civil Rights).

13. Plaintiff is a competent witness (VICTIM) and brings his actions regarding defendant in their discriminatory practices and breach of trust and contract see **ARTICLE 49 PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE BARGAIN AGREEMENT"** which also constitutes **tortious interference**. SEE EXHIBITS ATTACHED

14. **Whereas,** on December 6, 2022 I, Junior Galette sent a Notice By Affidavit to following owners:

### 1st NOTICE (SEE EXHIBIT A)

a. Mark Davis (OWNER OF LAS VEGAS RAIDERS ANY AND ALL SUCCESSORS)

1st Notice: Tracking number 70192970000081573432, Delivered, December 28, 10:52AM, Henderson, NV,

b. John Shaw (OWNER OF LOS ANGLES RAMS ANY AND ALL SUCCESSORS) 1st
Notice: Tracking Number: 70192970000081573234, Delivered, To Original Sender,
January 7, 2022 at 8:25 am, NEW ORLEANS, LA 70128

c. Roger Goodell (NFL COMMISSIONER ANY AND ALL SUCCESSORS) 1st Notice:
Tracking Number: 70192970000081573210, Delivered, Front Desk/Reception/Mail
Room, December 14, 2021 at 2:14 pm, NEW YORK, NY 10022

d. Paul Allen **(OWNER Seattle Seahawks ANY AND ALL SUCCESSORS)** 1st Notice:
Tracking Number: 70192970000081573227, Delivered, Left with Individual, December
10, 2021 at 12:22 pm, SEATTLE, WA 98134

e. Jimmy  Haslam **(Owner Cleveland Browns Football Company, LLC ANY AND ALL
SUCCESSORS )** 1st Notice: Tracking Number: 70192970000081573258, Delivered,
Individual Picked Up at Postal Facility, December 13, 2021 at 7:32 am, BEREA, OH
44017

f. Clark Hunt **(Owner Kansas City Chiefs ANY AND ALL SUCCESSORS )** 1st Notice:
Tracking Number: 70192970000081573265, Delivered, Front Desk/Reception/Mail
Room, December 13, 2021 at 1:37 pm, KANSAS CITY, MO 64129

g. Dan Snyder & Tanya Snyder **(Owner Washington Commanders ANY AND ALL
SUCCESSORS )** 1st Notice: Tracking Number: 70192970000081573289, Delivered,
Left with Individual, December 8, 2021 at 11:23 am, ASHBURN, VA 20147

h. J.C. Tretter **(PRESIDENT OF NFL PLAYERS ASSOCIATION ANY AND ALL
SUCCESSORS )** 1st Notice: Tracking Number: 70192970000081573296, Delivered,
Left with Individual, December 8, 2021 at 2:11 pm, WASHINGTON, DC 20036.

i.   Danny Morrison **(Owner Carolina Panthers ASSOCIATION ANY AND ALL SUCCESSORS)** 1st Notice: Tracking Number: 70192970000081573272, Out for Delivery, December 11, 2021 at 9:39 am, CHARLOTTE, NC 28202

15. **Whereas,** on January , 2022 I, Junior Galette sent a **2ND Notice By Affidavit** to by certified mail numbers listed below:

<div align="center"><strong>2ND NOTICE</strong> (SEE EXHIBIT B)</div>

a.   Roger Goodell **(NFL COMMISSIONER ANY AND ALL SUCCESSORS)** 2nd Notice: Tracking Number: 70203160000086810819, Delivered to Agent for Final Delivery, February 1, 2022 at 2:45 pm, NEW YORK, NY 10022

b.   Mark Davis **(OWNER OF LAS VEGAS RAIDERS ANY AND ALL SUCCESSORS)** 2nd Notice: Tracking number 70203160000086814022 Delivered, Left with Individual, February 1, 2022 at 3:20 pm, HENDERSON, NV 89052.

c.   John Shaw **(OWNER OF LOS ANGLES RAMS ANY AND ALL SUCCESSORS)** 2nd Notice: Tracking Number:70203160000086813971, Delivered, Front Desk/Reception/Mail Room, February 1, 2022 at 9:31 am, AGOURA HILLS, CA 91301.

d.   Paul Allen **(OWNER Seattle Seahawks ANY AND ALL SUCCESSORS)** 2nd Notice: Tracking Number: 70203160000086810833, Delivered to Agent for Final Delivery, February 4, 2022 at 11:07 am, SEATTLE, WA 98134.

e.   Jimmy Haslam **(Owner Cleveland Browns Football Company, LLC ANY AND ALL SUCCESSORS )** 2nd Notice: Tracking Number: 70203160000086812561,  Delivered, Individual Picked Up at Postal Facility, February 2, 2022 at 8:03 am, BEREA, OH 44017.

f.   Clark Hunt **(Owner Kansas City Chiefs Football Club ANY AND ALL**

**SUCCESSORS)** 2nd Notice: Tracking Number: 70192970000081573265, Delivered, Front Desk/Reception/Mail , Room, December 13, 2021 at 1:37 pm KANSAS CITY, MO 64129.

g. Dan Snyder CEO Tanya Snyder co-CEO **(Owners Washington Football Team ANY AND ALL SUCCESSORS)** 2nd Notice: Tracking Number: 70203160000086816002, Delivered, Left with Individual, January 31, 2022 at 11:34 am ASHBURN, VA 20147.

h. J.C. Tretter **(PRESIDENT OF NFL PLAYER ANY AND ALL SUCCESSORS )** 2nd Notice: Tracking Number: 70203160000086813964, Delivered, Left with Individual, February 3, 2022 at 2:01 pm, WASHINGTON, DC 20036.

i. Danny Morrison **(Owner Carolina Panthers ANY AND ALL SUCCESSORS)** 2nd Notice:  Tracking Number: 70203160000086814046, Delivered, Front Desk/Reception/Mail Room, February 4, 2022 at 4:26 pm, CHARLOTTE, NC 28202.

16. **Whereas,** on January , 2022 I, Junior Galette sent a **3rd Notice By Affidavit** to by certified mail numbers listed below:

**3rd NOTICE** (SEE EXHIBIT C)

a. Roger Goodell **(NFL COMMISSIONER ANY AND ALL SUCCESSORS)** 3rd Notice: Tracking Number: 70200640000153740377, In Transit, Arriving Late, April 7, 2022.

b. Mark Davis **(OWNER OF LAS VEGAS RAIDERS ANY AND ALL SUCCESSORS)** 3rd Notice: Tracking number 70200640000153740407, Delivered, Front Desk/Reception/Mail Room, April 5, 2022 at 1:20 pm, HENDERSON, NV 89052.

c. John Shaw **(OWNER OF LOS ANGLES RAMS ANY AND ALL**

**SUCCESSORS)** 3rd Notice: Tracking Number: 70200640000153740384, Delivered, Front Desk/Reception/Mail Room, April 5, 2022 at 9:47 am, AGOURA HILLS, CA 91301.

d. Paul Allen **(OWNER Seattle Seahawks ANY AND ALL SUCCESSORS)** 3rd Notice: Tracking Number: 70200640000153740391, Return to Sender, April 6, 2022 at 8:01 am, SEATTLE, WA 98134.

e. Jimmy Haslam **(Owner Cleveland Browns Football Company, LLC ANY AND ALL SUCCESSORS )** 3rd Notice: Tracking Number: 70200640000153740421, Delivered, Left with Individual, April 6, 2022 at 10:40 am, BEREA, OH 44017.

f. Clark Hunt **(Owner Kansas City Chiefs Football Club ANY AND ALL SUCCESSORS)** 3rd Notice: Tracking Number: 70200640000153740445, Delivered, Front Desk/Reception/Mail Room, April 5, 2022 at 8:47 am, KANSAS CITY, MO 64129.

g. Dan Snyder CEO Tanya Snyder co-CEO **(Owners Washington Football Team ANY AND ALL SUCCESSORS)** 3rd Notice: Tracking Number: 70200640000153740452, Delivered, Left with Individual, April 4, 2022 at 12:28 pm, ASHBURN, VA 2014.

h. J.C. Tretter **(PRESIDENT OF NFL PLAYER ANY AND ALL SUCCESSORS )** 3rd Notice: Tracking Number: 70200640000153740469, Delivered, Left with Individual, April 7, 2022 at 12:47 pm, WASHINGTON, DC 20036.

i. Danny Morrison **(Owner Carolina Panthers ANY AND ALL SUCCESSORS)** 3rd Notice: Tracking Number: 70200640000153740438, Awaiting Delivery Scan, April 8, 2022 at 12:10 am.

**THEREFORE,** I Junior Galette seek **PUNITIVE DAMAGES AND TREBLE DAMAGES** to be awarded to me in the amount of $100,000,000.00 times 3 (total 300,000,000.00) from **Roger Goodell, Commissioner National Football League (NFL)Paul Allen, President (Seattle Seahawks), John Shaw, CEO (Los Angeles Rams) Mark M Davis, CEO (Las Vegas Raiders) Jimmy Haslam, Owner (Cleveland Browns Football Company, LLC) Clark Hunt, CEO (Kansas City,  Chiefs Football Club) Danny Morrison, Dan Snyder CEO Tanya Snyder co-CEO and J. C. Tretter President** for all **trespasses upon my rights violation of 1885 Florida Constitution Declaration Of Rights Section 14 (FREEDOM OF SPEECH) breach of trust ARTICLE 49 PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE BARGAIN AGREEMENT which my rights are protected by but not limited to all 50 Plus states Bill and Declaration of Rights** damages are as follows: emotional, social, physical, distress, **"tortious interference"**, unjustified grief, fright, unconsciousness, numbness, nervousness, grief, anxiety, worry, mortification, shock, public and private humiliation, indignity, embarrassment, apprehension, terror, disfigurement and deformity, impairment of ability to work, mental and physical stress, unimaginary extreme lost of life, liberties and pursuit to happiness.

**TAKE FURTHER NOTICE THAT:** Plaintiff has not responded to any of my notice's (DELIVERY DATE'S LISTED ABOVE) and therefore agreed to this Contract before any Grand Jury (in accordance to all constitution's "BILL AND DECLARATION OF RIGHTS" and act stated above) and agree to be bound by the terms of this Contract. Their failure to respond by the agreed time, shall bind them by any Grand Jury "of my peers" Award and all courts, barred from rehearing this matter, must accept the law of this Contract.

**BE IT ENACTED THAT:** This is an affidavit and contract and change of terms. Any man or women who denies these claims are true must rebut them under penalty of perjury in the form of sworn affidavit. Any man or woman who decides to suppress this affidavit agrees to pay $300,000,000.00 and any disputes by any public officials or private actors who are bound by contract to the Florida Constitution agrees to have these matters heard before an arbitrator of the We The People choice. Any man or woman denying these claims are true must rebut these claims point by point within 3 days (72hrs) upon delivery. Failure to respond means by acquiescence you agree that all claims are true. Failing to respond with constitutionally granted authority **(ORDER FOR SUMMARY JUDGEMENT)** which gave you the power to disregard The People Rights mentioned within this affidavit and contract, means you agree to have this affidavit used against you as evidence of treason, maladministration and insurrection. You further agree that once the 3 day time period is up, that this affidavit becomes the truth in law and that all matters must be considered adjudged that no court has jurisdiction to rehear these matters and that these witnesses against you shall be considered sufficient for conviction.

I state under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. August   , 2022.

Autograph of Affiant Junior Galette

8636 Miramar Pkwy Miramar Florida 33025

## CERTIFICATE OF SERVICE

I, Junior Galette have certify that I have this day filed IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND by hand delivery with this **ORDER FOR SUMMARY JUDGEMENT**. Dated this _19th_ day of August, 2022.

I state under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. August   , 2022.

Autograph of Affiant Junior Galette

8636 Miramar Pkwy Miramar Florida 33025

## JURAT

I state under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. August     , 2022.



Autograph of Affiant Junior Galette

8636 Miramar Pkwy Miramar Florida 33025

STATE OF FLORIDA

Subscribed and sworn to (or affirmed) before me on this ___ day of August, 2022 by Junior Galette, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary (Seal)          Notary Signature

ZACKARY A. GONZALEZ
Notary Public - State of Florida
Commission # HH 169743
My Comm. Expires Aug 25, 2025

Page **11** of **11**

## **AFFIDAVIT OF RIGHTS TO OPEN COURT OF RECORD**

I, Junior Galette one of the People as seen in ALL 50 PLUS STATES BILL AND

DECLARATION OF RIGHTS (1865 Florida Constitution ARTICLE 1 DECLARATION OF

RIGHTS Section 1, 5, 8, and 12), **at all times with exclusive indefeasible, indubitable and**

**inalienable rights to reform, alter, or abolish** GOVERNMENT in such manner as shall be

judged most conducive to the public weal **sui juris**, am giving this **COURT OF RECORD**

and defendant violations its own **ARTICLE 49 PLAYER SECURITY Section 1. No**

**Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE BARGAIN**

**AGREEMENT"** listed below:

### A. **1865 Florida Constitution ARTICLE 1 DECLARATION OF RIGHTS**:

I.     **SECTION 1.   Political power.**—All political power is inherent in the people. The
       enunciation herein of certain rights shall not be construed to deny or impair others
       retained by the people.

II.    **SECTION 2.   Basic rights.**—All natural persons, female and male alike, are equal before
       the law and have inalienable rights, among which are the right to enjoy and defend life and
       liberty, to pursue happiness, to be rewarded for industry, and to acquire, possess and
       protect property. No person shall be deprived of any right because of race, religion,
       national origin, or physical disability.

III.   **SECTION 3.   Religious freedom.**—There shall be no law respecting the establishment of
       religion or prohibiting or penalizing the free exercise thereof. Religious freedom shall not
       justify practices inconsistent with public morals, peace or safety. No revenue of the state
       or any political subdivision or agency thereof shall ever be taken from the public treasury
       directly or indirectly in aid of any church, sect, or religious denomination or in aid of any
       sectarian institution.

IV.    **SECTION 4.   Freedom of speech and press.**—Every person may speak, write and publish
       sentiments on all subjects but shall be responsible for the abuse of that right. No law shall

be passed to restrain or abridge the liberty of speech or of the press. In all criminal prosecutions and civil actions for defamation the truth may be given in evidence. If the matter charged as defamatory is true and was published with good motives, the party shall be acquitted or exonerated.

V.    **SECTION 5.   Right to assemble.**—The people shall have the right peaceably to assemble, to instruct their representatives, and to petition for redress of grievances.

VI.    **SECTION 6.   Right to work.**—The right of persons to work shall not be denied or abridged on account of membership or non-membership in any labor union or labor organization. The right of employees, by and through a labor organization, to bargain collectively shall not be denied or abridged. Public employees shall not have the right to strike.

VII.    **SECTION 7.   Military power.**—The military power shall be subordinate to the civil.

VIII.    **SECTION 9.   Due process.**—No person shall be deprived of life, liberty or property without due process of law, or be twice put in jeopardy for the same offense, or be compelled in any criminal matter to be a witness against oneself.

IX.    **SECTION 10.   Prohibited laws.**—No bill of attainder, ex post facto law or law impairing the obligation of contracts shall be passed.

X.    **SECTION 11.   Imprisonment for debt.**—No person shall be imprisoned for debt, except in cases of fraud.

XI.    **SECTION 12.   Searches and seizures.**—The right of the people to be secure in their persons, houses, papers and effects against unreasonable searches and seizures, and against the unreasonable interception of private communications by any means, shall not be violated. No warrant shall be issued except upon probable cause, supported by affidavit, particularly describing the place or places to be searched, the person or persons, thing or things to be seized, the communication to be intercepted, and the nature of evidence to be obtained. This right shall be construed in conformity with the 4th Amendment to the United States Constitution, as interpreted by the United States Supreme Court. Articles or information obtained in violation of this right shall not be admissible in evidence if such articles or information would be inadmissible under decisions of the

United States Supreme Court construing the 4th Amendment to the United States Constitution.

XII.  SECTION 19.  Costs.—No person charged with crime shall be compelled to pay costs before a judgment of conviction has become final.

XIII.  SECTION 20.  Treason.—Treason against the state shall consist only in levying war against it, adhering to its enemies, or giving them aid and comfort, and no person shall be convicted of treason except on the testimony of two witnesses to the same overt act or on confession in open court.

XIV.  SECTION 21.  Access to courts.—The courts shall be open to every person for redress of any injury, and justice shall be administered without sale, denial or delay.

XV.  SECTION 22.  Trial by jury.—The right of trial by jury shall be secure to all and remain inviolate. The qualifications and the number of jurors, not fewer than six, shall be fixed by law.

XVI.  SECTION 23.  Right of privacy.—Every natural person has the right to be let alone and free from governmental intrusion into the person's private life except as otherwise provided herein. This section shall not be construed to limit the public's right of access to public records and meetings as provided by law.

XVII.  SECTION 26.  Claimant's right to fair compensation.—(a)Article I, Section 26 is created to read "Claimant's right to fair compensation." In any medical liability claim involving a contingency fee, the claimant is entitled to receive no less than 70% of the first $250,000.00 in all damages received by the claimant, exclusive of reasonable and customary costs, whether received by judgment, settlement, or otherwise, and regardless of the number of defendants. The claimant is entitled to 90% of all damages in excess of $250,000.00, exclusive of reasonable and customary costs and regardless of the number of defendants. This provision is self-executing and does not require implementing legislation.

**B.  Rights of a Victim Civil Rights Act of 1866 CHAP. XXXI.—An Act to protect all Persons in the United States in their Civil Rights, and furnish the Means of their Vindication Section 1-2;**

Section 1. Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That all persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens, of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, to inherit "receive (money, property, or a title) as an heir at the death of the previous holder", purchase "a hold or position on something for applying power advantageously, or the advantage gained by such application", lease "grant (property) on lease", sell "give or hand over (something) in exchange for money", hold "power or control", and convey real and personal property "fixed property, principally land and buildings, movable property; belongings exclusive of land and buildings" and to full and equal benefit of all laws and proceedings for the security of person and property, as is enjoyed by white citizens, and shall be subject to like punishment, pains, and penalties, and to none other, any law, statute, ordinance, regulation, or custom, to the contrary notwithstanding.

Section 2.  And be it further enacted, That any person who, under color of any law, statute, ordinance, regulation, or custom, shall subject, or cause to be subjected, any inhabitant of any State or Territory to the deprivation of any right secured or protected by this act, or to different punishment, pains, or penalties on account of such person having at any time been held in a condition of slavery or involuntary servitude, except as a punishment for crime whereof the party

shall have been duly convicted, or by reason of his color or race, than is prescribed for the punishment of white persons, shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by fine not exceeding one thousand dollars, or imprisonment not exceeding one year, or both, in the discretion of the court.

C. **CONSPIRACY AGAINST RIGHTS** (June 25, 1948, ch. 645, 62 Stat. 696)

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;

D. **DEPRIVATION OF RIGHT UNDER COLOR OF LAW** (Apr. 11, 1968, 82 Stat. 75.)

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**E.   ARTICLE 49 PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE BARGAIN AGREEMENT":**

Section 1. No Discrimination: There will be no discrimination in any form against any player by the NFL, the Management Council, any Club or by the NFLPA because of race, religion, national origin, sexual orientation, or activity or lack of activity on behalf of the NFLPA.

**F.   1789 United States 1st amendment:**

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

TAKE FURTHER NOTICE: Attached to this affidavit is a copy of the link (GOVERNMENT WEBSITE THAT'S SELF AUTHENTICATED) from the **1865 Florida Constitution ARTICLE 1 DECLARATION OF RIGHTS Section 1-27, Civil Rights Act of 1866, 1789 United States 1st and 4th Amendment, 1866 Civil Rights Act Section 1-2, and defendant violations its own ARTICLE 49 PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE BARGAIN AGREEMENT"** as evidence that the laws within this affidavit is true and complete as the same appears on file and of record in the United States of America, and State Of Maryland Archives.

i.   https://history.house.gov/Historical-Highlights/1851-1900/The-Civil-Rights-Bill-of-1866/

ii.   https://www.flsenate.gov/laws/constitution#A1

iii.   https://nflpaweb.blob.core.windows.net/website/PDFs/CBA/March-15-2020-NFL-NFLPA-Collective-Bargaining-Agreement-Final-Executed-Copy.pdf

iv.   https://www.senate.gov/civics/constitution_item/constitution.htm#:~:text=Written%20in%201787%2C%20ratified%20in,exists%20to%20serve%20its%20citizens.

**PLEASE TAKE FURTHER NOTICE THAT:**

Defendant's have in fact **BREACH ARTICLE 49 PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE BARGAIN AGREEMENT"** and my rights protected thereby. **SEE COMPLAINT ATTACHED**

**PLEASE TAKE FURTHER NOTICE THAT:**

   A.   I, Junior Galette declare that I am ONE OF THE PEOPLE (WE THE PEOPLE) of every state constitution Bills and Declaration of Rights of all 50 plus states.

   B.   I, Junior Galette am of the age of maturity to make this affidavit and the facts herein.

   C.   I, Junior Galette am mentally competent to make this Official Affidavit of Rights to this Open **Court Of Record**.

   D.   I, Junior Galette have personal knowledge of the facts in this affidavit.

I state under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. August    , 2022.

Autograph of Affiant Junior Galette

**CERTIFICATE OF SERVICE**

I, Junior Galette have certified that I have this day filed IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA by hand delivery with this **AFFIDAVIT OF RIGHTS TO OPEN COURT OF COURT**. Dated this day of August, 2022 and once summons is granted will send by U.S. Mail Postal Service to Registered Agent for Roger Goodell, National Football League (NFL) 345 Park Ave Fl 7 New York, NY 10154-0017, Registered Agent for Seattle Seahawks 800 Occidental Ave S STE 300, Seattle, WA 98134-1200, Registered Agent for Los Angeles Rams PARACORP INCORPORATED 29899 Agoura Rd

#210, Agoura Hills, CA 91301-2493, Registered Agent for Las Vegas Raiders Mike Pfriender

9850 S Maryland Pkyw STE 187 Las Vegas, NV 89183, Registered Agent for Cleveland Browns

Football Company, LLC CT CORPORATION SYSTEM 4400 Easton Commons Way suite 125,

Columbus, OH 43219, Registered Agent for Kansas City Chiefs Football Club PWS AGENT

SERVICE, INC 911 Main Street suite 2800 Kansas City, MO 64105, Registered Agent for

Carolina Panthers Vaught David 800 South Mint Street, Charlotte, NC 28202, Registered Agent

for Washington Football Team Greg B Resh 7 St.Paul Street Suite 820 Baltimore, Md 21202 and

J. C. Tretter President (Upshaw Place) 1133 20th St NW, Washington, DC 20036.

I state under penalty of perjury under the laws of the United States of America that the forgoing

is true and correct. August   , 2022.

Autograph of Affiant Junior Galette

**JURAT**

I state under penalty of perjury under the laws of the United States of America that the forgoing
is true and correct. August   , 2022.

Autograph of Affiant Junior Galette

STATE OF FLORIDA

Subscribed and sworn to (or affirmed) before me on this _19_ day of August, 2022 by Junior
Galette, proved to me on the basis of satisfactory evidence to be the person(s) who appeared
before me.

Notary (Seal)                 Notary Signature

ZACKARY A. GONZALEZ
Notary Public - State of Florida
Commission # HH 169743
My Comm. Expires Aug 25, 2025

2ND NOTICE

BREACH OF TRUST

OPPORTUNITY TO CURE

**To: Roger Goodell, Commissioner National Football League (NFL) 345 Park Ave Fl 7 New York, NY 10154-0017.**

**To: Paul Allen, President (Seattle Seahawks) 800 Occidental Ave S STE 300, Seattle, WA 98134-1200.**

**To: John Shaw, CEO (Los Angeles Rams) 29899 Agoura Rd, Agoura Hills, CA 91301-2493.**

**To: Mark M Davis, CEO (Las Vegas Raiders) 1475 Raiders Way Henderson NV 89052.**

**To: Jimmy Haslam, Owner (Cleveland Browns Football Company, LLC) 76 Lou Groza Blvd, Berea, OH 44017-1238.**

**To: Clark Hunt, CEO (Kansas City Chiefs Football Club) 1 Arrowhead Dr. Kansas City, MO 64129-1651.**

**To: Danny Morrison, President (Carolina Panthers) 800 S Mint St, Charlotte, NC 28202-1640.**

**To: Dan Snyder CEO Tanya Snyder co-CEO (Washington Football Team) 21300 Coach Gibbs Drive, Ashburn, VA 20147.**

**To: J. C. Tretter President (Upshaw Place) 1133 20th St NW, Washington, DC 20036.**

**From: Junior Galette, "ADDRESS CORRECTION" 9801 LANHAM SEVERN ROAD # 1093, LANHAM MARYLAND 20703.**

**Notice by Affidavit**

**[Notice of Maladministration]**

**Notice to Agent is Notice to Principal: Notice to Principal is Notice to Agent**
**APPLICABLE TO ALL SUCCESSORS AND ASSIGNS**

**Affiant, Junior Galette**, one of the People as seen in **1821 New York Constitution, 1812 Article I, Louisiana Constitution BILL OF RIGHTS, Virginia Bill of Rights 1864, NORTH CAROLINA STATE CONSTITUTION 1868, Kansas Bill of Rights 1861, Illinois ARTICLE II Bill of Rights 1870, Ohio Constitution ARTICLE VIII. BILL OF RIGHTS 1803, CONSTITUTION OF THE STATE OF WASHINGTON 1889, California Constitution 1879, 1789 United States Constitution, Bill of Rights and 1866 Civil Rights Act and section 1981**, <u>sui juris</u>, is giving you notice of the following claims and facts that you may provide due care;

Please take notice that National Football League Collective Bargain Agreement states as follows:

**ARTICLE 49 PLAYER SECURITY:**

Section 1. No Discrimination: There will be **no discrimination in any form against any player** by the NFL, the Management Council, any Club or by the NFLPA because of race, religion, national origin, sexual orientation, or activity or lack of activity on behalf of the NFLPA. **"MALADMINISTRATION"**

There was no grant of lawful authority to National Football League, Management Council, Club and NFLPA to interfere with the fundamental, inalienable rights of Junior Galette protected by but not limited to all constitution bills, declaration of rights and Rights of a Victim Civil Rights Act of 1866 CHAP. XXXI.—An Act to protect all Persons in the United States in their Civil Rights, and furnish the Means of their Vindication which are listed below:

**Virginia Bill of Rights 1864;**

SECTION 1. That all men are by nature equally free and independent, and have certain inherent rights, of which, when they enter into a state of society, they cannot, by any compact, deprive or divest their posterity, namely, the enjoyment of life and liberty, with the means of acquiring and possessing property, and pursuing and obtaining happiness andsafety.

**NORTH CAROLINA STATE CONSTITUTION 1868 ARTICLE I DECLARATION OF RIGHTS;**

Section 1.  The equality and rights of persons. We hold it to be self-evident that all persons are created equal; that they are endowed by their Creator with certain inalienable rights; that among these are life, liberty, the enjoyment of the fruits of their own labor, and the pursuit of happiness.

**Kansas Bill of Rights 1861;**

§ 1. Equal rights. All men are possessed of equal and inalienable natural rights, among which are life, liberty, and the pursuit of happiness.

**Illinois ARTICLE II Bill of Rights 1870;**

§ 1. All men are by nature free and independent, and have certain inherent and inalienable rights — among these are life, liberty and the pursuit of happiness. To secure these rights and the protection of property, governments are instituted among men, deriving their just powers from the consent of the governed.

**Ohio Constitution ARTICLE VIII. BILL OF RIGHTS 1803;**

section 1. That all men born equally free and independent, and have certain natural, inherent and unalienable rights; amongst which are the enjoying and defending life and liberty, acquiring, possessing and protecting property, and pursuing and obtaining happiness and safety; and every free republican government, being founded on their sole authority, and organized for the great purpose of protecting their rights and liberties, and securing their independence; to effect these ends, they have at all times a complete power to alter, reform or abolish their government, whenever they may deem it necessary.

## CONSTITUTION OF THE STATE OF WASHINGTON 1889;

### ARTICLE I DECLARATION OF RIGHTS SECTION 3 PERSONAL RIGHTS.

No person shall be deprived of life, liberty, or property, without due process of law.

## California Constitution 1879;

### Article I is labeled the "Declaration of Rights."

All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.

## United States Constitution 1789;

### Article [V] (5th Amendment – Rights of Persons)

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, **nor be deprived of life, liberty, or property, without due process of law**; nor shall private property be taken for public use, without just compensation.

## 1812 Louisiana Constitution;

### Text of Section 12: Freedom from Discrimination

In access to public areas, accommodations, and facilities, every person shall be free from discrimination based on race, religion, or national ancestry and from arbitrary, capricious, or unreasonable discrimination based on age, sex, or physical condition.

Section 22: Access to Courts

All courts shall be open, and every person shall have an adequate remedy by due process of law and justice, administered without denial, partiality, or unreasonable delay, for injury to him in his person, property, reputation, or other rights.

Section 23: Prohibited Laws

No bill of attainder, ex post facto law, or law impairing the obligation of contracts shall be enacted.

Section 24: Unenumerated Rights

The enumeration in this constitution of certain rights shall not deny or disparage other rights retained by the individual citizens of the state.

## 1821 New York Constitution;

### ARTICLE VII. Section 1. [Rights of citizens.]

No member of this state shall be disfranchised or deprived of any of the
rights or privileges secured to any citizen thereof, unless by the law of the land, or the judgment of his peers.

## Rights of a Victim Civil Rights Act of 1866 CHAP. XXXI.—An Act to protect all Persons in the United States in their Civil Rights, and furnish the Means of their Vindication;

**Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,** That all persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens, of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, to inherit "receive (money, property, or a title) as an heir at the death of the previous holder", purchase "a hold or position on something for applying power advantageously, or the advantage gained by such application", lease "grant (property) on lease", sell "give or hand over (something) in exchange for money", hold "power or control", and convey real and personal property "fixed property, principally land and buildings, movable property; belongings exclusive of land and buildings" and to full and equal benefit of all laws and proceedings for the security of person and property, as is enjoyed by white citizens, and shall be subject to like punishment, pains, and penalties, and to none other, any law, statute, ordinance, regulation, or custom, to the contrary notwithstanding. (VIOLATED BY National Football League, Management Council, Club or NFLPA)
**Sec. 2.** And be it further enacted, That any person who, under color of any law, statute, ordinance, regulation, or custom, shall subject, or cause to be subjected, any inhabitant of any State or

Territory to the deprivation of any right secured or protected by this act, or to different punishment, pains, or penalties on account of such person having at any time been held in a condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, or by reason of his color or race, than is prescribed for the punishment of white persons, shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by fine not exceeding one thousand dollars, or imprisonment not exceeding one year, or both, in the discretion of the court.

**Sec.5.** And be it further enacted, And be it further enacted, That it shall be the duty of all marshals and deputy marshals to obey and execute all warrants and precepts issued under the provisions of this act, when to them directed; and should any marshal or deputy marshal refuse to receive such warrant or other process when tendered, or to use all proper means diligently to execute the same, he shall, on conviction thereof, be fined in the sum of one thousand dollars, to the use of the person upon whom the accused is alleged to have committed the offense. And the better to enable the said commissioners to execute their duties faithfully and efficiently, in conformity with the Constitution of the United States and the requirements of this act, they are hereby authorized and empowered, within their counties respectively, to appoint, in writing, under their hands, any one or more suitable persons, from time to time, to execute all such warrants and other process as may be issued by them in the lawful performance of their respective duties; and the persons so appointed to execute any warrant or process as aforesaid shall have authority to summon and call to their aid the bystanders or posse comitatus of the proper county, or such portion of the land or naval forces of the United States, or of the militia, as may be necessary to the performance of the duty with which they are charged, and to insure a faithful observance of the clause of the Constitution which prohibits slavery, in conformity with the provisions of this act; and said warrants shall run and be executed by said officers anywhere in the State or Territory within which they are issued.

**Sec.6.** And be it further enacted, And be it further enacted, That any person who shall knowingly and willfully obstruct, hinder, or prevent any officer, or other person charged with the execution of any warrant or process issued under the provisions of this act, or any person or persons lawfully assisting him or them, from arresting any person for whose apprehension such warrant or process may have been issued, or shall rescue or attempt to rescue such person from the custody of the officer, other person or persons, or those lawfully assisting as aforesaid, when so arrested pursuant to the authority herein given and declared, or shall aid, abet, or assist any person so arrested as aforesaid, directly or indirectly, to escape from the custody of the officer or other person legally authorized as aforesaid, or shall harbor or conceal any person for whose arrest a warrant or process shall have been issued as aforesaid, so as to prevent his discovery and arrest after notice or knowledge of the fact that a warrant has been issued for the apprehension of such person, shall, for either of said offences, be subject to a fine not exceeding one thousand dollars, and imprisonment not exceeding six months, by indictment and conviction before the district court of the United States for the district in which said offense may have been committed, or before the proper court of criminal jurisdiction, if committed within any one of the organized Territories of the United States.

**Sec.7.** And be it further enacted, And be it further enacted, That the district attorneys, the marshals, their deputies, and the clerks of the said district and territorial courts shall be paid for their services the like fees as may be allowed to them for similar services in other cases; and in all cases where the proceedings are before a commissioner, he shall be entitled to a fee of ten dollars in full for his services in each case, inclusive of all services incident to such arrest and examination. The person or persons authorized to execute the process to be issued by such commissioners for the arrest of offenders against the provisions of this act shall be entitled to a fee of five dollars for each person he or they may arrest and take before any such commissioner as aforesaid, with such other fees as may be deemed reasonable by such commissioner for such other additional services as may be necessarily performed by him or them, such as attending at the examination, keeping the prisoner in custody, and providing him with food and lodging during his detention, and until the final determination of such commissioner, and in general for performing such other duties as may be required in the premises; such fees to be made up in conformity with the fees usually charged by the officers of the courts of justice within the proper district or county, as near as may be practicable, and paid out of the Treasury of the United States on the certificate of the judge of the district within which the arrest is made, and to be recoverable from the defendant as part of the judgment in case of conviction.

**Sec.10.** And be it further enacted, And be it further enacted, That upon all questions of law arising in any cause under the provisions of this act a final appeal may be taken to the Supreme Court of the United States.

Please take notice that there would be evidence of conflict of interest where it was shown that a National Football League, Management Council, Club and NFLPA received a benefit, for failing to protect the rights of one of Junior Galette.

The fact that your agency National Football League, Management Council, Club and NFLPA process persists over the period of time required for it to receive demonstrates at least the appearance of a conflict of interest for not providing justice without delay which is an overt Conflict of Interest.

Your continued service requires you to support, obey all states and federal Constitutions (see charter), without delay. The Constitution is the supreme law of the land (constitution and 1866 CIVIL RIGHTS ACT) whereas National Football League, Management Council, Club and NFLPA don't have the authorize to trespass on my rights protected by those constitution and acts 1866 CIVIL RIGHTS ACT.

Please review your contractual prohibitions **(ARTICLE 49 PLAYER SECURITY)** meant to protect me (Junior Galette) from intrusion by National Football League, Management Council, Club and NFLPA from relieving particular contractual obligations. It would be the equivalent of slavery or involuntary servitude to relieve particular class of persons called "National Football League, Management Council, Club and NFLPA" of their contractual obligations at the expense of the Junior Galette.

Please take notice that this Affiant and another (Former and Present National Football League Players and Staff) are ready, willing and able to testify to the same overt breach.

Please take notice that this case will not be heard by Legislative Tribunal but rather a Grand Jury in accordance to all constitutions (bills and declarations of rights) listed and act stated above.

Please take further notice this document is a Contract. If you fail to account for and settle this matter, then you agree that you are knowingly aiding and abetting in **MALADMINISTRATION**.

Furthermore, if you believe you have authority to ignore my rights protected by constitutions and acts states above then respond with proof of those authority, by Affidavit, sworn to under penalty of perjury, within 30 days or you agreed $5000 per day for every day that you shall not have settled this matter at cost listed below:

I am demanding National Football League, Management Council, Club and NFLPA to pay **(ORDER TO JUNIOR GALETTE)** compensatory damages VIOLATION OF MY RIGHTS PROTECTED BY constitutions and acts states above in the amount of $100,000,000.00.

**PUNITIVE DAMAGES AND TREBLE DAMAGES** to be awarded to Junior Galette in the amount of $100,000,000.00 times 3 (total 300,000,000.00) for breach of contract **ARTICLE 49 PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE BARGAIN AGREEMENT"**, whereas I Junior Galette currently suffered from the following as of result of National Football League, Management Council, Club and NFLPA **MALADMINISTRATION (trespass "breach of trust" upon my rights protected by but not limited to all constitutions and act listed in this affidavit by notice)**:
pain and suffering, harassment, emotional distress **"tortious interference"**, unjustified grief, fright, unconsciousness, nervousness, grief, anxiety, worry, mortification, shock, public and private humiliation, indignity, embarrassment, apprehension, terror, disfigurement and deformity, impairment of ability to work, mental and physical stress, unimaginary extreme lost of life, liberties and pursuit to happiness and emotional distress.

**Furthermore,** Affiant reserves the right to take this Contract before any Grand Jury (in accordance to all constitution's "BILL AND DECLARATION OF RIGHTS" and act stated above) and you agree to be bound by the terms of this Contract. Your failure to respond by the agreed time, shall bind you by any Grand Jury "of my peers" Award and all courts, barred from rehearing this matter, must accept the law of this Contract. Courts of equity will not tolerate any interference with their officers, process or decrees, by the court of law.

**Whereas,** the National Football League, Management Council, Club and NFLPA have violated **my life, liberties and pursuit to happiness** by taken away my ability **(tortious interference)** to provide for my children and myself, the National Football League, Management Council, Club and NFLPA have taken away time, life, liberties and happiness on the field and I can never get back therefore I ought to be made whole by the settlement stated above.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Respectfully submitted, January **19** , 2022.

Autograph of Affiant

**CC:**
**IN ACCORDANCE WITH SECTION 4 OF 1866 CIVIL RIGHTS ACT;**

Honorable Kayla D. McClusky, MAGISTRATE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA, United States Court House, 515 Murray Street, Suite 105 Alexandria, Louisiana 71301.

Peter G. Strasser United States Attorneys for the Eastern District of Louisiana, 650 Poydras Street, Suite 1600 New Orleans, Louisiana 70130.

William Brown, Jr. Middle District of Louisiana, United States Marshal   and U.S. Marshal: Scott Illing, U.S. Marshal Courthouse, 500 Camp Street, Room C-600, New Orleans, LA 70130.

Sandra A. Vujnovich Louisiana Supreme Court Judicial Administrator, 400 Royal Street, Suite 1190 New Orleans, LA 70130.

**JURAT**

**2ND NOTICE**

Autograph of Affiant

State of **Florida** )
                        ) ss
                        )

On this day January and date **19th** 2022, stated above before me **Junior Galette** a Notary Public, personally appeared this Affiant Junior Galette, proved to me on the basis of satisfactory evidence to be one of the owners of the name in the subscribed within this instrument and acknowledged to me that he executed the same in his authorized capacity.

Witness my hand and official seal.

Notary Signature                          Notary (Seal)



DENNEIL TAYLOR-DENNIS
Notary Public - State of Florida
Commission # HH 165738
My Comm. Expires Aug 1, 2025

**To: Roger Goodell, Commissioner National Football League (NFL) 345 Park Ave Fl 7 New York, NY 10154-0017.**

**To: Paul Allen, President (Seattle Seahawks) 800 Occidental Ave S STE 300, Seattle, WA 98134-1200.**

**To: John Shaw, CEO (Los Angeles Rams) 29899 Agoura Rd, Agoura Hills, CA 91301-2493.**

**To: Mark M Davis, CEO (Las Vegas Raiders) 6649 Las Vegas Blvd S STE 200, Las Vegas, NV 89119-3268.**

**To: Jimmy Haslam, Owner (Cleveland Browns Football Company, LLC) 76 Lou Groza Blvd, Berea, OH 44017-1238.**

**To: Clark Hunt, CEO (Kansas City Chiefs Football Club) 1 Arrowhead Dr. Kansas City, MO 64129-1651.**

**To:  Danny Morrison, President (Carolina Panthers) 800 S Mint St, Charlotte, NC 28202-1640.**

**To: Dan Snyder CEO Tanya Snyder co-CEO (Washington Football Team) 21300 Coach Gibbs Drive, Ashburn, VA 20147.**

**To: J. C. Tretter President (Upshaw Place) 1133 20th St NW, Washington, DC 20036.**

**From: Junior Galette, 4 SOUTH OAKRIDGE NEW ORLEANS, LOUISIANA 70128.**

<div align="center">

**Notice by Affidavit**

**[Notice of Maladministration]**

**<u>Notice to Agent is Notice to Principal: Notice to Principal is Notice to Agent</u>**
**<u>APPLICABLE TO ALL SUCCESSORS AND ASSIGNS</u>**

</div>

Affiant,  Junior Galette, one of the People as seen in **1821 New York Constitution, 1812 Article I, Louisiana Constitution BILL OF RIGHTS, Virginia Bill of Rights 1864, NORTH CAROLINA STATE CONSTITUTION 1868, Kansas Bill of Rights 1861, Illinois ARTICLE II Bill of Rights 1870, Ohio Constitution ARTICLE VIII. BILL OF RIGHTS 1803, CONSTITUTION OF THE STATE OF WASHINGTON 1889, California Constitution 1879, 1789 United States Constitution, Bill of Rights and 1866 Civil Rights Act and section 1981**, <u>sui juris</u>, is giving you notice of the following claims and facts that you may provide due care;

Please take notice that National Football League Collective Bargain Agreement states as follows:

**ARTICLE 49 PLAYER SECURITY:**

Section 1. No Discrimination: There will be **no discrimination in any form against any player** by the NFL, the Management Council, any Club or by the NFLPA because of race, religion, national origin, sexual orientation, or activity or lack of activity on behalf of the NFLPA. **"MALADMINISTRATION"**

There was no grant of lawful authority to National Football League, Management Council, Club and NFLPA to interfere with the fundamental, inalienable rights of Junior Galette protected by but not limited to all constitution bills, declaration of rights and Rights of a Victim Civil Rights Act of 1866 CHAP. XXXI.—An Act to protect all

Persons in the United States in their Civil Rights, and furnish the Means of their Vindication which are listed below:

**Virginia Bill of Rights 1864;**

SECTION 1. That all men are by nature equally free and independent, and have certain inherent rights, of which, when they enter into a state of society, they cannot, by any compact, deprive or divest their posterity, namely, the enjoyment of life and liberty, with the means of acquiring and possessing property, and pursuing and obtaining happiness andsafety.

**NORTH CAROLINA STATE CONSTITUTION 1868 ARTICLE I DECLARATION OF RIGHTS;**

Section 1.  The equality and rights of persons. We hold it to be self-evident that all persons are created equal; that they are endowed by their Creator with certain inalienable rights; that among these are life, liberty, the enjoyment of the fruits of their own labor, and the pursuit of happiness.

**Kansas Bill of Rights 1861;**

§ 1. Equal rights. All men are possessed of equal and inalienable natural rights, among which are life, liberty, and the pursuit of happiness.

**Illinois ARTICLE II Bill of Rights 1870;**

§ 1. All men are by nature free and independent, and have certain inherent and inalienable rights — among these are life, liberty and the pursuit of happiness. To secure these rights and the protection of property, governments are instituted among men, deriving their just powers from the consent of the governed.

**Ohio Constitution ARTICLE VIII. BILL OF RIGHTS 1803;**

section 1. That all men born equally free and independent, and have certain natural, inherent and unalienable rights; amongst which are the enjoying and defending life and liberty, acquiring, possessing and protecting property, and pursuing and obtaining happiness and safety; and every free republican government, being founded on their sole authority, and organized for the great purpose of protecting their rights and liberties, and securing their independence; to effect these ends, they have at all times a complete power to alter, reform or abolish their government, whenever they may deem it necessary.

**CONSTITUTION OF THE STATE OF WASHINGTON 1889;**

**ARTICLE I DECLARATION OF RIGHTS SECTION 3 PERSONAL RIGHTS.**

No person shall be deprived of life, liberty, or property, without due process of law.

**California Constitution 1879;**

**Article I is labeled the "Declaration of Rights."**

All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.

**United States Constitution 1789;**

### Article [V] (5th Amendment – Rights of Persons)

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, **nor be deprived of life, liberty, or property, without due process of law**; nor shall private property be taken for public use, without just compensation.

## 1812 Louisiana Constitution;

### Text of Section 12: Freedom from Discrimination

In access to public areas, accommodations, and facilities, every person shall be free from discrimination based on race, religion, or national ancestry and from arbitrary, capricious, or unreasonable discrimination based on age, sex, or physical condition.

### Section 22: Access to Courts

All courts shall be open, and every person shall have an adequate remedy by due process of law and justice, administered without denial, partiality, or unreasonable delay, for injury to him in his person, property, reputation, or other rights.

### Section 23: Prohibited Laws

No bill of attainder, ex post facto law, or law impairing the obligation of contracts shall be enacted.

### Section 24: Unenumerated Rights

The enumeration in this constitution of certain rights shall not deny or disparage other rights retained by the individual citizens of the state.

## 1821 New York Constitution;

### ARTICLE VII. Section 1. [Rights of citizens.]

No member of this state shall be disfranchised or deprived of any of the rights or privileges secured to any citizen thereof, unless by the law of the land, or the judgment of his peers.

## Rights of a Victim Civil Rights Act of 1866 CHAP. XXXI.—An Act to protect all Persons in the United States in their Civil Rights, and furnish the Means of their Vindication;

**Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled**, That all persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens, of every race and color, without regard to any previous condition

of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, to inherit "receive (money, property, or a title) as an heir at the death of the previous holder", purchase "a hold or position on something for applying power advantageously, or the advantage gained by such application", lease "grant (property) on lease", sell "give or hand over (something) in exchange for money", hold "power or control", and convey real and personal property "fixed property, principally land and buildings, movable property; belongings exclusive of land and buildings" and to full and equal benefit of all laws and proceedings for the security of person and property, as is enjoyed by white citizens, and shall be subject to like punishment, pains, and penalties, and to none other, any law, statute, ordinance, regulation, or custom, to the contrary notwithstanding. (VIOLATED BY National Football League, Management Council, Club or NFLPA)

Sec. 2. And be it further enacted, That any person who, under color of any law, statute, ordinance, regulation, or custom, shall subject, or cause to be subjected, any inhabitant of any State or Territory to the deprivation of any right secured or protected by this act, or to different punishment, pains, or penalties on account of such person having at any time been held in a condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, or by reason of his color or race, than is prescribed for the punishment of white persons, shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by fine not exceeding one thousand dollars, or imprisonment not exceeding one year, or both, in the discretion of the court.

Sec.5. And be it further enacted, And be it further enacted, That it shall be the duty of all marshals and deputy marshals to obey and execute all warrants and precepts issued under the provisions of this act, when to them directed; and should any marshal or deputy marshal refuse to receive such warrant or other process when tendered, or to use all proper means diligently to execute the same, he shall, on conviction thereof, be fined in the sum of one thousand dollars, to the use of the person upon whom the accused is alleged to have committed the offense. And the better to enable the said commissioners to execute their duties faithfully and efficiently, in conformity with the Constitution of the United States and the requirements of this act, they are hereby authorized and empowered, within their counties respectively, to appoint, in writing, under their hands, any one or more suitable persons, from time to time, to execute all such warrants and other process as may be issued by them in the lawful performance of their respective duties; and the persons so appointed to execute any warrant or process as aforesaid shall have authority to summon and call to their aid the bystanders or posse comitatus of the proper county, or such portion of the land or naval forces of the United States, or of the militia, as may be necessary to the performance of the duty with which they are charged, and to insure a faithful observance of the clause of the Constitution which prohibits slavery, in conformity with the provisions of this act; and said warrants shall run and be executed by said officers anywhere in the State or Territory within which they are issued.

Sec.6. And be it further enacted, And be it further enacted, That any person who shall knowingly and willfully obstruct, hinder, or prevent any officer, or other person charged with the execution of any warrant or process issued under the provisions of this act, or any person or persons lawfully assisting him or them, from arresting any person for whose apprehension such warrant or process may have been issued, or shall rescue or attempt

to rescue such person from the custody of the officer, other person or persons, or those lawfully assisting as aforesaid, when so arrested pursuant to the authority herein given and declared, or shall aid, abet, or assist any person so arrested as aforesaid, directly or indirectly, to escape from the custody of the officer or other person legally authorized as aforesaid, or shall harbor or conceal any person for whose arrest a warrant or process shall have been issued as aforesaid, so as to prevent his discovery and arrest after notice or knowledge of the fact that a warrant has been issued for the apprehension of such person, shall, for either of said offences, be subject to a fine not exceeding one thousand dollars, and imprisonment not exceeding six months, by indictment and conviction before the district court of the United States for the district in which said offense may have been committed, or before the proper court of criminal jurisdiction, if committed within any one of the organized Territories of the United States.

Sec.7. And be it further enacted, And be it further enacted, That the district attorneys, the marshals, their deputies, and the clerks of the said district and territorial courts shall be paid for their services the like fees as may be allowed to them for similar services in other cases; and in all cases where the proceedings are before a commissioner, he shall be entitled to a fee of ten dollars in full for his services in each case, inclusive of all services incident to such arrest and examination. The person or persons authorized to execute the process to be issued by such commissioners for the arrest of offenders against the provisions of this act shall be entitled to a fee of five dollars for each person he or they may arrest and take before any such commissioner as aforesaid, with such other fees as may be deemed reasonable by such commissioner for such other additional services as may be necessarily performed by him or them, such as attending at the examination, keeping the prisoner in custody, and providing him with food and lodging during his detention, and until the final determination of such commissioner, and in general for performing such other duties as may be required in the premises; such fees to be made up in conformity with the fees usually charged by the officers of the courts of justice within the proper district or county, as near as may be practicable, and paid out of the Treasury of the United States on the certificate of the judge of the district within which the arrest is made, and to be recoverable from the defendant as part of the judgment in case of conviction.

Sec.10. And be it further enacted, And be it further enacted, That upon all questions of law arising in any cause under the provisions of this act a final appeal may be taken to the Supreme Court of the United States.

Please take notice that there would be evidence of conflict of interest where it was shown that a National Football League, Management Council, Club and NFLPA received a benefit, for failing to protect the rights of one of Junior Galette.

The fact that your agency National Football League, Management Council, Club and NFLPA process persists over the period of time required for it to receive demonstrates at least the appearance of a conflict of interest for not providing justice without delay which is an overt Conflict of Interest.

Your continued service requires you to support, obey all states and federal Constitutions (see charter), without delay. The Constitution is the supreme law of the land (constitution and 1866 CIVIL RIGHTS ACT) whereas National Football League, Management Council, Club and NFLPA don't have the authorize to trespass on my rights protected by those constitution and acts 1866 CIVIL RIGHTS ACT.

Please review your contractual prohibitions **(ARTICLE 49 PLAYER SECURITY)** meant to protect me (Junior Galette) from intrusion by National Football League, Management Council, Club and NFLPA from relieving particular contractual obligations. It would be the equivalent of slavery or involuntary servitude to relieve particular class of persons called "National Football League, Management Council, Club and NFLPA" of their contractual obligations at the expense of the Junior Galette.

Please take notice that this Affiant and another (Former and Present National Football League Players and Staff) are ready, willing and able to testify to the same overt breach.

Please take notice that this case will not be heard by Legislative Tribunal but rather a Grand Jury in accordance to all constitutions (bills and declarations of rights) listed and act stated above.

Please take further notice this document is a Contract. If you fail to account for and settle this matter, then you agree that you are knowingly aiding and abetting in **MALADMINISTRATION**.

Furthermore, if you believe you have authority to ignore my rights protected by constitutions and acts states above then respond with proof of those authority, by Affidavit, sworn to under penalty of perjury, within 30 days or you agreed $5000 per day for every day that you shall not have settled this matter at cost listed below:

I am demanding National Football League, Management Council, Club and NFLPA to pay **(ORDER TO JUNIOR GALETTE) compensatory damages** VIOLATION OF MY RIGHTS PROTECTED BY constitutions and acts states above in the amount of $100,000,000.00.

**PUNITIVE DAMAGES AND TREBLE DAMAGES** to be awarded to Junior Galette in the amount of $100,000,000.00 times 3 (total 300,000,000.00) for breach of contract **ARTICLE 49 PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE BARGAIN AGREEMENT"**, whereas I Junior Galette currently suffered from the following as of result of National Football League, Management Council, Club and NFLPA **MALADMINISTRATION (trespass "breach of trust" upon my rights protected by but not limited to all constitutions and act listed in this affidavit by notice)**:
pain and suffering, harassment, emotional distress "**tortious interference**", unjustified grief, fright, unconsciousness, nervousness, grief, anxiety, worry, mortification, shock, public and private humiliation, indignity, embarrassment, apprehension, terror, disfigurement and deformity, impairment of ability to work, mental and physical stress, unimaginary extreme lost of life, liberties and pursuit to happiness and emotional distress.

**Furthermore**, Affiant reserves the right to take this Contract before any Grand Jury (in accordance to all constitution's "BILL AND DECLARATION OF RIGHTS" and act stated above) and you agree to be bound by the terms of this Contract. Your failure to respond by the agreed time, shall bind you by any Grand Jury "of my peers" Award and all courts, barred from rehearing this matter, must accept the law of this Contract. Courts of equity will not tolerate any interference with their officers, process or decrees, by the court of law.

**Whereas,** the National Football League, Management Council, Club and NFLPA have violated **my life, liberties and pursuit to happiness** by taken away my ability **(tortious interference)** to provide for my children and myself, the National Football League, Management Council, Club and NFLPA have taken away time, life, liberties and happiness on the field and I can never get back therefore I ought to be made whole by the settlement stated above.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Respectfully submitted, December **3rd**, 2021.

Autograph of Affiant

**CC:**
**IN ACCORDANCE WITH SECTION 4 OF 1866 CIVIL RIGHTS ACT;**

Honorable Kayla D. McClusky, MAGISTRATE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA, United States Court House, 515 Murray Street, Suite 105 Alexandria, Louisiana 71301.

Peter G. Strasser United States Attorneys for the Eastern District of Louisiana, 650 Poydras Street, Suite 1600 New Orleans, Louisiana 70130.

William Brown, Jr. Middle District of Louisiana, United States Marshal  and U.S. Marshal: Scott Illing, U.S. Marshal Courthouse, 500 Camp Street, Room C-600, New Orleans, LA 70130.

Sandra A. Vujnovich Louisiana Supreme Court Judicial Administrator, 400 Royal Street, Suite 1190 New Orleans, LA 70130.

**JURAT**

**Presented and tendered this, _3_ day of December, 2021**

Autograph of Affiant

State of _Florida_          )
                           ) ss
                           )

On this day December and date ___3___ 2021, stated above before me a _Certified_ Notary Public, personally appeared this Affiant Junior Galette, proved to me on the basis of satisfactory evidence to be one of the owners of the name in the subscribed within this instrument and acknowledged to me that he executed the same in his authorized capacity.

Witness my hand and official seal.

Notary Signature _____                Notary (Seal)

BRANDON M. BECK
Notary Public - State of Florida
Commission # GG 951633
My Comm. Expires Jan 27, 2024

**TO:** IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**FROM:** Junior Galette, 8636 Miramar Pkwy Miramar Florida 33025

## AFFIDAVIT DENY CONSENT TO THIS ADMINISTRATIVE COURT

**The Administrative Procedure Act procedures (APA), Public Law 79-404, 60 Stat. 237.**

(1). According to the APA of 1946 this court is not a real court of law established by Article III of the Constitution of the United States of America, it conducts trial like proceedings in which, Junior Galette don't agree to being a part of.

(2). The APA requires that to set aside agency actions that are not subject to formal trial-like procedures the court must conclude that the regulation is "arbitrary and capricious, an abuse of discretion, or otherwise not in accordance with the law."

(3). In contrast, the court tend to look harder at decisions resulting from trial-like procedures because they resemble actual trial-court procedures, but Article III of the constitution reserves the judicial powers for actual courts. Accordingly, courts are strict under the substantial evidence standard when agencies acts like courts because being strict gives courts the final say, preventing agencies from using too much judicial power in violation of separation of powers.

(4). In conclusion, Junior Galette will not participate **(COURTS NOT OF RECORD) courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded** a administrative proceedings (UNCONSTITUIONAL), rather **(COURTS OF RECORD),** I Junior Galette **only agree to Article III of the Constitution of the United States of America, judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt.   Error lies to their judgments, and they generally possess a seal.**

I state under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. August    , 2022.

Autograph of Affiant Junior Galette

8636 Miramar Pkwy Miramar Florida 33025

## CERTIFICATE OF SERVICE

I, Junior Galette have certified that I have this day filed IN THE UNITED STATES DISTRICT

COURT FOR THE SOUTHERN DISTRICT OF FLORIDA by hand delivery with this **DENY**

**CONSENT TO THIS ADMINISTRATIVE COURT**. Dated this____day of August, 2022 and

once summons is granted will send by U.S. Mail Postal Service to To: Registered Agent for Roger

Goodell, National Football League (NFL) 345 Park Ave Fl 7 New York, NY 10154-0017,

Registered Agent for Seattle Seahawks 800 Occidental Ave S STE 300, Seattle, WA 98134-1200,

Registered Agent for Los Angeles Rams PARACORP INCORPORATED 29899 Agoura Rd #210,

Agoura Hills, CA 91301-2493, Registered Agent for Las Vegas Raiders Mike Pfriender 9850 S

Maryland Pkyw STE 187 Las Vegas, NV 89183, Registered Agent for Cleveland Browns Football

Company, LLC CT CORPORATION SYSTEM 4400 Easton Commons Way suite 125,

Columbus, OH 43219, Registered Agent for Kansas City Chiefs Football Club PWS AGENT

SERVICE, INC 911 Main Street suite 2800 Kansas City, MO 64105, Registered Agent for

Carolina Panthers Vaught David 800 South Mint Street, Charlotte, NC 28202, Registered Agent

for Washington Football Team Greg B Resh 7 St.Paul Street Suite 820 Baltimore, Md 21202. And

To: J. C. Tretter President (Upshaw Place) 1133 20th St NW, Washington, DC 20036.

I state under penalty of perjury under the laws of the United States of America that the forgoing is
true and correct. August     , 2022.

_____
Autograph of Affiant Junior Galette

8636 Miramar Pkwy Miramar Florida 33025

### JURAT

I state under penalty of perjury under the laws of the United States of America that the forgoing is
true and correct. August     , 2022.

_____
Autograph of Affiant
Junior Galette

8636 Miramar Pkwy Miramar Florida 33025

STATE OF FLORIDA

Subscribed and sworn to (or affirmed) before me on this 19 day of August, 2022 by Junior
Galette, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before
me.

Notary (Seal)                    Notary Signature _____

ZACKARY A. GONZALEZ
Notary Public - State of Florida
Commission # HH 169743
My Comm. Expires Aug 25, 2025

### 3RD AND FINAL NOTICE AND NOTICE INTENT TO SUE

**To: Roger Goodell, Commissioner National Football League (NFL) 345 Park Ave Fl 7 New York, NY 10154-0017.**

**To: Paul Allen, President (Seattle Seahawks) 800 Occidental Ave S STE 300, Seattle, WA 98134-1200.**

**To: John Shaw, CEO (Los Angeles Rams) 29899 Agoura Rd, Agoura Hills, CA 91301-2493.**

**To: Mark M Davis, CEO (Las Vegas Raiders) 1475 Raiders Way Henderson NV 89052.**

**To: Jimmy Haslam, Owner (Cleveland Browns Football Company, LLC) 76 Lou Groza Blvd, Berea, OH 44017-1238.**

**To: Clark Hunt, CEO (Kansas City Chiefs Football Club) 1 Arrowhead Dr. Kansas City, MO 64129-1651.**

**To: Danny Morrison, President (Carolina Panthers) 800 S Mint St, Charlotte, NC 28202-1640.**

**To: Dan Snyder CEO Tanya Snyder co-CEO (Washington Football Team) 21300 Coach Gibbs Drive, Ashburn, VA 20147.**

**To: J. C. Tretter President (Upshaw Place) 1133 20th St NW, Washington, DC 20036.**

**From: Junior Galette, 8636 Miramar Pkwy Miramar Florida 33025.**

**Notice by Affidavit**

**[Notice of Maladministration]**

**Notice to Agent is Notice to Principal: Notice to Principal is Notice to Agent**
**APPLICABLE TO ALL SUCCESSORS AND ASSIGNS**

**Affiant, Junior Galette**, one of the People as seen in **1821 New York Constitution, 1812 Article I, Louisiana Constitution BILL OF RIGHTS, Virginia Bill of Rights 1864, NORTH CAROLINA STATE CONSTITUTION 1868, Kansas Bill of Rights 1861, Illinois ARTICLE II Bill of Rights 1870, Ohio Constitution ARTICLE VIII. BILL OF RIGHTS 1803, CONSTITUTION OF THE STATE OF WASHINGTON 1889, California Constitution 1879, 1789 United States Constitution, Bill of Rights and 1866 Civil Rights Act and section 1981,** sui juris, is giving you this court of record notice of the following claims and facts that you may provide due care;

Please take notice that **National Football League Collective Bargain Agreement** states as follows:

**ARTICLE 49 PLAYER SECURITY:**

**Section 1. No Discrimination:** There will be **no discrimination in any form against any player** by the NFL, the Management Council, any Club or by the NFLPA because of race, religion, national origin, sexual orientation, or activity or lack of activity on behalf of the NFLPA. **"MALADMINISTRATION"**

There was no grant of lawful authority to National Football League, Management Council, Club and NFLPA to interfere with the fundamental, inalienable rights of Junior Galette protected by but not limited to all constitution bills, **declaration of rights and Rights of a Victim Civil Rights Act of 1866 CHAP. XXXI.—An Act to protect all Persons in the United States in their Civil Rights, and furnish the Means of their Vindication** which are listed below:

1

**Virginia Bill of Rights 1864;**

- SECTION 1. That all men are by nature equally free and independent, and have certain inherent rights, of which, when they enter into a state of society, they cannot, by any compact, deprive or divest their posterity, namely, the enjoyment of life and liberty, with the means of acquiring and possessing property, and pursuing and obtaining happiness and safety.

## NORTH CAROLINA STATE CONSTITUTION 1868 ARTICLE I DECLARATION OF RIGHTS;

- Section 1. The equality and rights of persons. We hold it to be self-evident that all persons are created equal; that they are endowed by their Creator with certain inalienable rights; that among these are life, liberty, the enjoyment of the fruits of their own labor, and the pursuit of happiness.

**Kansas Bill of Rights 1861;**

- § 1. Equal rights. All men are possessed of equal and inalienable natural rights, among which are life, liberty, and the pursuit of happiness.

**Illinois ARTICLE II Bill of Rights 1870;**

- § 1. All men are by nature free and independent, and have certain inherent and inalienable rights — among these are life, liberty and the pursuit of happiness. To secure these rights and the protection of property, governments are instituted among men, deriving their just powers from the consent of the governed.

**Ohio Constitution ARTICLE VIII. BILL OF RIGHTS 1803;**

- section 1. That all men born equally free and independent, and have certain natural, inherent and unalienable rights; amongst which are the enjoying and defending life and liberty, acquiring, possessing and protecting property, and pursuing and obtaining happiness and safety; and every free republican government, being founded on their sole authority, and organized for the great purpose of protecting their rights and liberties, and securing their independence; to effect these ends, they have at all times a complete power to alter, reform or abolish their government, whenever they may deem it necessary.

## CONSTITUTION OF THE STATE OF WASHINGTON 1889;

- **ARTICLE I DECLARATION OF RIGHTS SECTION 3 PERSONAL RIGHTS.**

No person shall be deprived of life, liberty, or property, without due process of law.

**California Constitution 1879;**

- **Article I is labeled the "Declaration of Rights."**

All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.

**United States Constitution 1789;**

- **Article [V] (5th Amendment – Rights of Persons)**

2

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, **nor be deprived of life, liberty, or property, without due process of law**; nor shall private property be taken for public use, without just compensation.

## 1812 Louisiana Constitution;

- **Text of Section 12: Freedom from Discrimination**

  In access to public areas, accommodations, and facilities, every person shall be free from discrimination based on race, religion, or national ancestry and from arbitrary, capricious, or unreasonable discrimination based on age, sex, or physical condition.

- Section 22: Access to Courts

  All courts shall be open, and every person shall have an adequate remedy by due process of law and justice, administered without denial, partiality, or unreasonable delay, for injury to him in his person, property, reputation, or other rights.

- Section 23: Prohibited Laws

  No bill of attainder, ex post facto law, or law impairing the obligation of contracts shall be enacted.

- Section 24: Unenumerated Rights

  The enumeration in this constitution of certain rights shall not deny or disparage other rights retained by the individual citizens of the state.

## 1821 New York Constitution;

- **ARTICLE VII. Section 1. [Rights of citizens.]**

  No member of this state shall be disfranchised or deprived of any of the rights or privileges secured to any citizen thereof, unless by the law of the land, or the judgment of his peers.

## Rights of a Victim Civil Rights Act of 1866 CHAP. XXXI.—An Act to protect all Persons in the United States in their Civil Rights, and furnish the Means of their Vindication;

- **Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled**, That all persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens, of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, to inherit "receive (money, property, or a title) as an heir at the death of the previous holder", purchase "a hold or position on something for applying power advantageously, or the advantage gained by such application", lease "grant (property) on lease", sell "give or hand over (something) in exchange for

3

money", hold "power or control", and convey real and personal property "fixed property, principally land and buildings, movable property; belongings exclusive of land and buildings" and to full and equal benefit of all laws and proceedings for the security of person and property, as is enjoyed by white citizens, and shall be subject to like punishment, pains, and penalties, and to none other, any law, statute, ordinance, regulation, or custom, to the contrary notwithstanding. (VIOLATED BY National Football League, Management Council, Club or NFLPA)

- **Sec. 2.** And be it further enacted, That any person who, under color of any law, statute, ordinance, regulation, or custom, shall subject, or cause to be subjected, any inhabitant of any State or Territory to the deprivation of any right secured or protected by this act, or to different punishment, pains, or penalties on account of such person having at any time been held in a condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, or by reason of his color or race, than is prescribed for the punishment of white persons, shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by fine not exceeding one thousand dollars, or imprisonment not exceeding one year, or both, in the discretion of the court.

- **Sec.5.** And be it further enacted, And be it further enacted, That it shall be the duty of all marshals and deputy marshals to obey and execute all warrants and precepts issued under the provisions of this act, when to them directed; and should any marshal or deputy marshal refuse to receive such warrant or other process when tendered, or to use all proper means diligently to execute the same, he shall, on conviction thereof, be fined in the sum of one thousand dollars, to the use of the person upon whom the accused is alleged to have committed the offense. And the better to enable the said commissioners to execute their duties faithfully and efficiently, in conformity with the Constitution of the United States and the requirements of this act, they are hereby authorized and empowered, within their counties respectively, to appoint, in writing, under their hands, any one or more suitable persons, from time to time, to execute all such warrants and other process as may be issued by them in the lawful performance of their respective duties; and the persons so appointed to execute any warrant or process as aforesaid shall have authority to summon and call to their aid the bystanders or posse comitatus of the proper county, or such portion of the land or naval forces of the United States, or of the militia, as may be necessary to the performance of the duty with which they are charged, and to insure a faithful observance of the clause of the Constitution which prohibits slavery, in conformity with the provisions of this act; and said warrants shall run and be executed by said officers anywhere in the State or Territory within which they are issued.

- **Sec.6.** And be it further enacted, And be it further enacted, That any person who shall knowingly and willfully obstruct, hinder, or prevent any officer, or other person charged with the execution of any warrant or process issued under the provisions of this act, or any person or persons lawfully assisting him or them, from arresting any person for whose apprehension such warrant or process may have been issued, or shall rescue or attempt to rescue such person from the custody of the officer, other person or persons, or those lawfully assisting as aforesaid, when so arrested pursuant to the authority herein given and declared, or shall aid, abet, or assist any person so arrested as aforesaid, directly or indirectly, to escape from the custody of the officer or other person legally authorized as aforesaid, or shall harbor or conceal any person for whose arrest a warrant or process shall have been issued as aforesaid, so as to prevent his discovery and arrest after notice or knowledge of the fact that a warrant has been issued for the apprehension of such person, shall, for either of said offences, be subject to a fine not exceeding one thousand dollars, and imprisonment not exceeding six months, by indictment and conviction before the district

4

court of the United States for the district in which said offense may have been committed, or before the proper court of criminal jurisdiction, if committed within any one of the organized Territories of the United States.

- **Sec.7**. And be it further enacted, And be it further enacted, That the district attorneys, the marshals, their deputies, and the clerks of the said district and territorial courts shall be paid for their services the like fees as may be allowed to them for similar services in other cases; and in all cases where the proceedings are before a commissioner, he shall be entitled to a fee of ten dollars in full for his services in each case, inclusive of all services incident to such arrest and examination. The person or persons authorized to execute the process to be issued by such commissioners for the arrest of offenders against the provisions of this act shall be entitled to a fee of five dollars for each person he or they may arrest and take before any such commissioner as aforesaid, with such other fees as may be deemed reasonable by such commissioner for such other additional services as may be necessarily performed by him or them, such as attending at the examination, keeping the prisoner in custody, and providing him with food and lodging during his detention, and until the final determination of such commissioner, and in general for performing such other duties as may be required in the premises; such fees to be made up in conformity with the fees usually charged by the officers of the courts of justice within the proper district or county, as near as may be practicable, and paid out of the Treasury of the United States on the certificate of the judge of the district within which the arrest is made, and to be recoverable from the defendant as part of the judgment in case of conviction.

- **Sec.10**. And be it further enacted, And be it further enacted, That upon all questions of law arising in any cause under the provisions of this act a final appeal may be taken to the Supreme Court of the United States.

Please take notice that there would be evidence of conflict of interest where it was shown that a National Football League, Management Council, Club and NFLPA received a benefit, for failing to protect the rights of one of Junior Galette.

The fact that your agency National Football League, Management Council, Club and NFLPA process persists over the period of time required for it to receive demonstrates at least the appearance of a conflict of interest for not providing justice without delay which is an overt Conflict of Interest.

Your continued service requires you to support, obey all states and federal Constitutions (see charter), without delay. The Constitution is the supreme law of the land **(constitution and 1866 CIVIL RIGHTS ACT)** whereas National Football League, Management Council, Club and NFLPA don't have the authorize to trespass on my rights protected by those constitution and acts **1866 CIVIL RIGHTS ACT.**

Please review your contractual prohibitions **(ARTICLE 49 PLAYER SECURITY)** meant to protect me (Junior Galette) from intrusion by National Football League, Management Council, Club and NFLPA from relieving particular contractual obligations. It would be the equivalent of slavery or involuntary servitude to relieve particular class of persons called "National Football League, Management Council, Club and NFLPA" of their contractual obligations at the expense of the Junior Galette.

Please take notice that this Affiant and another (Former and Present National Football League Players and Staff) are ready, willing and able to testify to the same overt breach.

Please take notice that this case will not be heard by **Legislative Tribunal** but rather a **Grand Jury** in accordance to all constitutions **(bills and declarations of rights)** listed and act stated above.

Please take further notice this document is a Contract. If you fail to account for and settle

this matter, then you agree that you are knowingly aiding and abetting in **MALADMINISTRATION**.

Furthermore, if you believe you have authority to ignore my rights protected by constitutions and acts states above then respond with proof of those authority, by Affidavit, sworn to under penalty of perjury, within **30 days** or you agreed $5000 per day for every day that you shall not have settled this matter at cost listed below:

I am demanding National Football League, Management Council, Club and NFLPA to pay **(ORDER TO JUNIOR GALETTE) compensatory damages** VIOLATION OF MY RIGHTS PROTECTED BY constitutions and acts states above in the amount of $100,000,000.00.

**PUNITIVE DAMAGES AND TREBLE DAMAGES** to be awarded to Junior Galette in the amount of $100,000,000.00 times 3 (total 300,000,000.00) for breach of contract **ARTICLE 49 PLAYER SECURITY Section 1. No Discrimination "NATIONAL FOOTBALL LEAGUE, COLLECTIVE BARGAIN AGREEMENT"**, whereas I Junior Galette currently suffered from the following as of result of National Football League, Management Council, Club and NFLPA **MALADMINISTRATION (trespass "breach of trust" upon my rights protected by but not limited to all constitutions and act listed in this affidavit by notice):**
pain and suffering, harassment, emotional distress **"tortious interference"**, unjustified grief, fright, unconsciousness, nervousness, grief, anxiety, worry, mortification, shock, public and private humiliation, indignity, embarrassment, apprehension, terror, disfigurement and deformity, impairment of ability to work, mental and physical stress, unimaginary extreme lost of life, liberties and pursuit to happiness and emotional distress.

**Furthermore**, Affiant reserves the right to take this Contract before any Grand Jury (in accordance to all constitution's "BILL AND DECLARATION OF RIGHTS" and act stated above) and you agree to be bound by the terms of this Contract. Your failure to respond by the agreed time, shall bind you by any Grand Jury "of my peers" Award and all courts, barred from rehearing this matter, must accept the law of this Contract. Courts of equity will not tolerate any interference with their officers, process or decrees, by the court of law.

**Whereas,** the National Football League, Management Council, Club and NFLPA have violated **my life, liberties and pursuit to happiness** by taken away my ability **(tortious interference)** to provide for my children and myself, the National Football League, Management Council, Club and NFLPA have taken away time, life, liberties and happiness on the field and I can never get back therefore I ought to be made whole by the settlement stated above.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Respectfully submitted, March  22  , 2022.

Autograph of Affiant Junior Galette

**CC: IN ACCORDANCE WITH SECTION 4 OF 1866 CIVIL RIGHTS ACT;**

Honorable Kayla D. McClusky, MAGISTRATE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA, United States

Sandra A. Vujnovich Louisiana Supreme Court Judicial Administrator, 400 Royal Street, Suite 1190 New Orleans, LA 70130.

## JURAT

### 3RD AND FINAL NOTICE AND NOTICE INTENT TO SUE

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Respectfully submitted, March 2 2nd, 2022.

Autograph of Affiant Junior Galette

State of New Jersey

) ss
)

On this day March and date 2nd 2022, stated above before me _____ a Notary Public, personally appeared this Affiant Junior Galette, proved to me on the basis of satisfactory evidence to be one of the owners of the name in the subscribed within this instrument and acknowledged to me that he executed the same in his authorized capacity.

Witness my hand and official seal.

Notary Signature _____     Notary (Seal)

ISAIAH I. MORALES
NOTARY PUBLIC OF NEW JERSEY
Commission # 50097488
My Commission Expires 01/22/2024